RECEIPT FOR AO FORM 85 AND AO FORM 85A

**United States District Court for the District of Delaware**

Civil Action No. 09 - 628

# ACKNOWLEDGMENT OF RECEIPT FOR:

## AO FORM 85, NOTICE, CONSENT, AND REFERENCE OF A CIVIL CASE TO A MAGISTRATE JUDGE,

### AND

## AO FORM 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.

I hereby acknowledge receipt of ___2___ copies of AO forms 85 and 85A.

___AUG 2 1 2009___  X  Vincent Parent
(Date forms provided)   (Signature of person receiving forms)

X  Vincent Parent
(Printed name of recipient/name of firm)

NOTE:

Signed receipt form will be filed and docketed.