UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **XPOINT TECHNOLOGIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORPORATION, INTEL CORPORATION, MARVELL TECHNOLOGY GROUP, LTD., MARVELL SEMICONDUCTOR, INC., HEWLETT-PACKARD CO., CYPRESS SEMICONDUCTOR CORP., QUICKLOGIC CORP., QUALCOMM, INC., FREESCALE SEMICONDUCTOR HOLDINGS I, LTD., FREESCALE SEMICONDUCTOR, INC., TEXAS INSTRUMENTS, INC., GOOGLE INC., T-MOBILE USA, INC., HTC CORP., HTC AMERICA, INC., APPLE INC., SONY CORP., TELEFONAKTIEBOLAGET LM ERICSSON, SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., PHILIPS ELECTRONICS, N.V., PHILIPS ELECTRONICS NORTH AMERICA CORP., LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., RESEARCH IN MOTION, LTD., RESEARCH IN MOTION CORP., MOTOROLA, INC., NOKIA CORP., NOKIA INC., PALM, INC., NVIDIA CORP., ADVANCED MICRO DEVICES, INC., DELL CORP., AT&T INC., AT&T MOBILITY LLC, VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP, and SPRINT NEXTEL CORP., ,**<br><br>Defendants. | Civil Action No. _____<br><br>**RULE 7.1 STATEMENT OF PLAINTIFF XPOINT TECHNOLOGIES, INC.** |

-2-

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Xpoint Technologies, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE.

-3-

August 21, 2009

BOUCHARD MARGULES &
   FRIEDLANDER, P.A.

BY: /s/ SEAN M. BRENNECKE
 DAVID J. MARGULES (#2254)
SEAN M. BRENNECKE (#4686)
222 DELAWARE AVE., SUITE 1400
WILMINGTON, DE 19801
PHONE: (302) 573-3500
FAX: (302) 573-3501

| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER &<br>   GROSSMANN LLP<br>Chad Johnson<br>Jai Chandrasekhar<br>Adam Wierzbowski<br>Karine Louis<br>Sean O'Dowd<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br>Phone: (212) 554-1400<br>Fax: (212) 554-1444 | SUGHRUE MION, PLLC<br>William H. Mandir<br>John F. Rabena<br>Kelly G. Hyndman<br>Brian K. Shelton<br>Eric S. Barr<br>2100 Pennsylvania Ave., N. W.<br>Washington, DC 20037<br>Phone: (202) 663-7959<br>Fax: (202) 293-7860 |

**ATTORNEYS FOR PLAINTIFF XPOINT TECHNOLOGIES, INC.**