# UNITED STATES DISTRICT COURT
for the

District of Delaware

XPOINT TECHNOLOGIES, INC. )
)
*Plaintiff* )
v. ) Civil Action No. 09-cv-0628
MICROSOFT CORPORATION, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Philips Electronics North America Corp.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David J. Margules
Bouchard Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 2 8 2009

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* PHILIPS ELECTRONICS NORTH AMERICA CORP was received by me on *(date)* 8/31/09

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MARY DRUMMOND (PROCESS AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* PHILIPS ELECTRONICS NORTH AMERICA CORP C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD. WILMINGTON, DE on *(date)* 9/1/09 , or

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9/1/09

*Server's signature*

BARRY EVELAND
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

**Service of Process:**
1:09-cv-00628-UNA Xpoint Technologies Inc. v. Microsoft Corporation et al
PATENT

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Margules, David on 9/1/2009 at 7:32 PM EDT and filed on 9/1/2009
**Case Name:** Xpoint Technologies Inc. v. Microsoft Corporation et al
**Case Number:** 1:09-cv-628
**Filer:** Xpoint Technologies Inc.
**Document Number:** 5

**Docket Text:**
**SUMMONS Returned Executed by Xpoint Technologies Inc.. Philips Electronics North America Corp served on 8/31/2009, answer due 9/21/2009. (Margules, David)**

**1:09-cv-628 Notice has been electronically mailed to:**

Sean M. Brennecke    sbrennecke@bmf-law.com, lheritage@bmf-law.com

**1:09-cv-628 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/1/2009] [FileNumber=827797-0]
[bc6d6aeec3f02d754c0b69372f04662e0bdf90d44803c74d6e4966e1127090a9c143b
310fa82b2c74709b43ea1d529959770682dc4a313f5584750b5ee4538b8]]