# UNITED STATES DISTRICT COURT
### for the

District of Delaware

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC. | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 09-cv-0628 |
| | ) |
| MICROSOFT CORPORATION, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sprint Nextel Corporation
6200 Sprint Parkway
Overland Park, KS 66251

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Margules
Bouchard Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   AUG 2 8 2009 _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  09-cv-0628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sprint Nextel Corporation

was received by me on *(date)*  September 2nd, 2009

❑  I personally served the summons on the individual at *(place)*

_____   on *(date)* _____  ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

_____  , a person of suitable age and discretion who resides there,

on *(date)* _____  , and mailed a copy to the individual's last known address; or

X❑  I served the summons on *(name of individual)*   TERESA BURNS, Secretary to Registered Agent, SHARON KUNARD   , who is

designated by law to accept service of process on behalf of *(name of organization)*  SPRINT NEXTEL

CORPORATION   on *(date)* 9/2/09 1:57 PM; or

❑  I returned the summons unexecuted because _____  ; or

❑  Other *(specify)*:


My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.

Date:  September 2nd, 2009      _____
                                 *Server's signature*

                                 TOM LOSH
                                 _____
                                 *Printed name and title*

                                 P.O. BOX 13308
                                 OVERLAND PARK, KS 66282-3308
                                 _____
                                 *Server's address*

Additional information regarding attempted service, etc: