# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC. <br><br> *Plaintiff* <br><br> v. <br><br> MICROSOFT CORPORATION, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> )    Civil Action No. 09-cv-0628 <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HTC America, Inc.
5950 Corporate Drive
Houston, TX 77036-2306

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Margules
Bouchard Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 2 8 2009

*Signature of Clerk or Deputy Clerk*

Civil Action No. 09-cv-0628

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HTC America, Inc.
was received by me on *(date)* 9-2-09 .

☐ I personally served the summons on the individual at *(place)* 5950 Corporate Dr Houston, TX 77036 on *(date)* 9-2-09 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Troy Garcia , a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Troy Garcia , who is designated by law to accept service of process on behalf of *(name of organization)* HTC America Inc.
on *(date)* 9-2-09 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-2-09

_____
Server's signature

Christopher Sampa    Process Server SCH 7081
Printed name and title

8888 Bering unit 273 Houston, TX 77031
Server's address

Additional information regarding attempted service, etc: