# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., ) | |
| ) | C.A. No. 09-cv-00628(SLR) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICROSOFT CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Amended Complaint for Patent Infringment* were caused to be served on September 18, 2009, upon the following by e-mail:

Christopher P. Simon, Esquire
CROSS & SIMON, LLC
913 North Market Street – 11th Floor
Wilmington, DE 19801
csimon@crosslaw.com
*Attorney for Hewlett-Packard Co.*

Thomas Lee Halkowski, Esquire
FISH & RICHARDSON, P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE 19801
halkowski@fr.com
*Attorney for Cypress Semiconductor Corp., LG Electronics USA, Inc. and Apple, Inc.*

Jack B. Blumenfeld, Esquire
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
*Attorney for Motorola, Inc.*

Jeffrey L. Moyer, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
moyer@rlf.com
*Attorney for Texas Instruments, Inc.*

Mark Miller, Esquire
O'Melveny & Meyers
2 Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
markmiller@omm.com
*Attorney for Advanced Micro Devices, Inc.*

Elana Matt, Esquire
T-Mobile USA, Inc.
elena.matt@t-mobile.com
*Attorney for T-Mobile USA, Inc.*

| | |
|---|---|
| Annie Shih, Esquire<br>Annie.YF_Shih@htc.com<br>*Attorney for HTC Corp. and HTC America, Inc.* | Pat Hart, Esquire<br>Quicklogic Corp.<br>phart@quicklogic.com<br>*Attorney for Quicklogic Corp.* |
| Alan Albright, Esquire<br>Fish & Richardson<br>Albright@fr.com<br>*Attorney for Freescale Semiconductor, Inc.* | William Atkins, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>william.atkins@pillsburylaw.com<br>*Attorney for AT&T Mobility LLC* |
| Michael Parks, Esquire<br>Kirkland & Ellis<br>michael.parks@kirkland.com<br>*Attorney for Research in Motion Corp.* | jinping@marvell.com<br>*Attorney for Marvell Semiconductor, Inc.* |
| tstevenson@mckoolsmith.com<br>*Attorney for Sony-Ericsson Mobile Communications (USA), Inc.* | KAnderson@wileyrein.com<br>*Attorney for Verizon Communications, Inc.* |

BY: /S/ SEAN M. BRENNECKE
BOUCHARD MARGULES & FRIEDLANDER, P.A.
David J. Margules (#2254)
Sean M. Brennecke (#4686)
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com

| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER &<br>    GROSSMANN LLP<br>Chad Johnson<br>Joshua L. Raskin<br>Jai Chandrasekhar<br>Adam Wierzbowski<br>Karine Louis<br>Sean O'Dowd<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br>(212) 554-1400 | SUGHRUE MION, PLLC<br>William H. Mandir<br>John F. Rabena<br>Kelly G. Hyndman<br>Brian K. Shelton<br>Eric S. Barr<br>2100 Pennsylvania Ave., N. W.<br>Washington, DC 20037<br>(202) 663-7959 |

Dated: September 18, 2009