# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | C.A. No. 09-cv-00628(SLR) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICROSOFT CORPORATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Amended Complaint for Patent Infringment* were caused to be served on September 21, 2009, upon the following in the manner indicated:

### BY HAND DELIVERY ON REGISTERED AGENT

Dell Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Zoran Corporation
c/o The Prentice-Hall Corporation
System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19801

Toshiba America Information Systems, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Microsoft Corporation
c/o The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Cisco Systems, Inc.
c/o Incorporated Services, Ltd.
3500 South DuPont Highway
Dover, DE 19901

Intel Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Cisco Systems, Inc.
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

QuickLogic Corp.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Qualcomm, Inc.
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Google, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

T-Mobile USA, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Sony Ericsson Mobile Communications (USA), Inc.
c/o Capitol Services, Inc.
615 South Dupont Highway
Dover, DE 19901

Philips Electronics North America Corp.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Research In Motion Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Nokia, Inc.
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19901

Palm, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Nvidia Corporation
c/o Incorporating Services, Inc.
3500 South Dupont Highway
Dover, DE 19901

Advanced Micro Devices, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

AT&T Mobility LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Cellco Partnership
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Freescale Semiconductor, Inc.
c/o Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

Hewlett-Packard Company
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Cypress Semiconductor Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Texas Instruments, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Motorola, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

LG Electronics USA, Inc.
c/o United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

BY REGISTERED MAIL RETURN RECEIPT REQUESTED

| | |
|---|---|
| Acer America Corporation<br>333 West San Carlos Street, Suite 1500<br>San Jose, CA 95110 | ASUS Computer International<br>800 Corporate Way<br>Fremont, CA 94539 |
| Marvell Semiconductor, Inc.<br>5488 Marvell Lane<br>Santa Clara, CA 95054 | HTC America, Inc.<br>5950 Corporate Drive<br>Houston, TX 77036-2306 |
| Sprint Nextel Corporation<br>6200 Sprint Parkway<br>Overland Park, KS 66251 | Apple, Inc.<br>One Infinite Loop<br>Cupertino, CA 95014 |
| Alacritech, Inc.<br>1995 N. First Street<br>San Jose, CA 95112 | LG Electronics Mobilecomm USA, Inc.<br>10101 Old Grove Road<br>San Diego, CA 92131 |

/s/ SEAN M. BRENNECKE
BOUCHARD MARGULES & FRIEDLANDER, P.A.
David J. Margules (#2254)
Sean M. Brennecke (#4686)
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com

BERNSTEIN LITOWITZ BERGER &
    GROSSMANN LLP
Chad Johnson
Joshua L. Raskin
Jai Chandrasekhar
Adam Wierzbowski
Karine Louis
Sean O'Dowd
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
(212) 554-1400

SUGHRUE MION, PLLC
William H. Mandir
John F. Rabena
Kelly G. Hyndman
Brian K. Shelton
Eric S. Barr
2100 Pennsylvania Ave., N. W.
Washington, DC 20037
(202) 663-7959

Dated: September 21, 2009