**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **XPOINT TECHNOLOGIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORP., INTEL CORP., MARVELL TECHNOLOGY GROUP LTD., MARVELL SEMICONDUCTOR, INC., HEWLETT-PACKARD CO., CYPRESS SEMICONDUCTOR CORP., QUICKLOGIC CORP., QUALCOMM INC., FREESCALE SEMICONDUCTOR HOLDINGS I, LTD., FREESCALE SEMICONDUCTOR, INC., TEXAS INSTRUMENTS INC., ALACRITECH, INC., GOOGLE INC., T-MOBILE USA, INC., HTC CORP., HTC AMERICA, INC., APPLE INC., SONY CORP., SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORP., LG ELECTRONICS, INC., LG ELECTRONICS MOBILECOMM USA, INC., RESEARCH IN MOTION LTD., RESEARCH IN MOTION CORP., MOTOROLA, INC., NOKIA CORP., NOKIA INC., PALM, INC., NVIDIA CORP., ADVANCED MICRO DEVICES, INC., DELL INC., TOSHIBA CORP., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, ACER INC., ACER AMERICA CORP., CISCO SYSTEMS, INC., ZORAN CORP., AT&T MOBILITY LLC, CELLCO PARTNERSHIP, and SPRINT NEXTEL CORP.,**<br><br>Defendants. | Civil Action No. 09-CV-00628 (SLR) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by Plaintiff and Defendant Motorola, Inc. ("Motorola"), subject to the approval of the Court, that:

1. Motorola waives any defenses or objections to personal jurisdiction, any defect in the Summons, and service of the Summons, Complaint and Amended Complaint.

2. Motorola's time to answer, move against or otherwise respond to the Amended Complaint in this action shall be extended to and including December 18, 2009.

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Sean M. Brennecke | /s/ Jack B. Blumenfeld |
| David J. Margules (#2254) | Jack B. Blumenfeld (#1014) |
| Sean M. Brennecke (#4686) | 1201 North Market Street, 18th Floor |
| 222 Delaware Ave., Suite 1400 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, Delaware 19899 |
| (302) 573-3500 | (302) 351-9291 |
| dmargules@bmf-law.com | jblumenfeld@mnat.com |
| sbrennecke@bmf-law.com | |
| | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | *Motorola, Inc.* |
| *Xpoint Technologies, Inc.* | |

SO ORDERED, this _____ day of _____, 2009.

_____
Judge