IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628 (SLR) |
| | ) | |
| MICROSOFT CORPORATION et al, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Karen Jacobs Louden and Andrew C. Mayo of the law firm Morris, Nichols, Arsht & Tunnell LLP hereby enter their appearance on behalf of defendant Qualcomm Inc. in the above-captioned case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

OF COUNSEL:

Terrence P. McMahon
David Henry Dolkas
Vinod J. Mapranath
McDermott Will & Emery
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
(350) 815-7400

Jeffrey R. Gargano
Matthew J. Gryzlo
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
(312) 372-2000

October 5, 2009
3149274

Karen Jacobs Louden (#2881)
Andrew C. Mayo (#5207)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
amayo@mnat.com
  *Attorneys for Qualcomm Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2009 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

David J. Margules, Esq. (#2254)
Sean M. Brennecke, Esq. (#4686)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
dmargules@bmf-law.com
sbrennecke@bmf-law.com
  *Attorneys for Plaintiff Xpoint Technologies Inc.*

Jeffrey L. Moyer, Esq. (#3309)
Sarah R. Stafford, Esq. (#5234)
RICHARDS, LAYTON & FINGER, PA
moyer@rlf.com
stafford@rlf.com
  *Attorneys for Texas Instruments, Inc.*

Jack B. Blumenfeld (#1014)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jblumenfeld@mnat.com
  *Attorneys for Defendants Cisco Systems, Inc. and Motorola, Inc.*

Thomas L. Halkowski, Esq. (#4099)
FISH & RICHARDSON P.C.
halkowski@fr.com
  *Attorneys for Microsoft Corporation, Cypress Semiconductor Corporation, Apple, Inc., LG Electronics North America Corp., LG Electronics Mobilecomm USA, Inc..*

Sean T. O'Kelly (#4349)
CROSS & SIMON, LLC
sokelly@crosslaw.com
  *Attorneys for Defendant Hewlett-Packard Company*

/s/ Karen Jacobs Louden
―――――――――――――――――――
Karen Jacobs Louden (#2881)

3149755