# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP., et al., <br><br> Defendants. | Civil Action No. 09-CV-00628 (SLR) |

## AFFIDAVIT OF MAILING PURSUANT TO LOCAL RULE 4.1(b)

STATE OF DELAWARE )
) SS.
COUNTY OF NEW CASTLE )

I, Sean M. Brennecke, being duly sworn, depose and say:

1. I am an attorney with the law firm of Bouchard Margules & Friedlander, P.A., counsel to Xpoint Technologies, Inc., plaintiff in the above-captioned action and I am duly authorized to make this affidavit on plaintiff's behalf and to represent the facts set forth herein.

2. Pursuant to 10 *Del. C.* § 3104, on September 21, 2009 plaintiff served a summons and copy of the Amended Complaint for Patent Infringement (the "Amended Complaint") on Asus Computer International, by Registered Mail, Return Receipt Requested, at the address listed below:

> Asus Computer International
> 800 Corporate Way
> Fremont, CA 94539

3. Pursuant to 10 *Del. C.* § 3104, on September 21, 2009 plaintiff served a summons and copy of the Amended Complaint on Acer America Corporation, by Registered Mail, Return Receipt Requested, at the address listed below:

>Acer America Corporation
>333 West SanCarlos Street
>Suite 1500
>San Jose, CA 95110

4. Pursuant to 10 *Del. C.* § 3104, on September 21, 2009 plaintiff served a summons and copy of the Amended Complaint, on Alacritech, Inc., by Registered Mail, Return Receipt Requested, at the address listed below:

>Alacritech, Inc.
>1995 North First Street
>San Jose, CA 95112

5. Pursuant to 10 *Del. C.* § 3104, on September 21, 2009, plaintiff served a summons and copy of the Amended Complaint on LG Electronics Mobilecomm USA, Inc., by Registered Mail, Return Receipt Requested, at the address listed below:

>LG Electronics Mobilecomm USA, Inc.
>10101 Old Grove Road
>San Diego, CA 92131

6. A representative of each defendant received and accepted the summons and Amended Complaint, as evidenced by the return postal receipts attached hereto as Exhibits 1-4.

_[signature]_
Sean M. Brennecke (# 4686)

SWORN TO AND SUBSCRIBED before me this 5th day of October, 2009.

_[signature]_
Notary Public

LYNN MARIE HERITAGE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 10, 2010

3