# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **XPOINT TECHNOLOGIES, INC.,** | |
| Plaintiff, | |
| v. | Civil Action No.  09-CV-00628 (SLR) |
| **MICROSOFT CORP., et al.,** | |
| Defendants. | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by Plaintiff and Defendants Acer Inc., ("Acer"),

Acer America, Corp. ("Acer America"), HTC Corp., ("HTC"), HTC America, Inc.,

("HTC America"), Intel, Corp. ("Intel"), Palm, Inc. ("Palm"), Koninklijke Philips

Electronics N.V. ("Philips N.V."), and Philips Electronics North America Corp.,

("Philips N.A."), subject to the approval of the Court, that:

1.      HTC, HTC America, Intel, Palm, Philips N.V. and Philips N.A., waive in

the above-captioned case, any defenses or objections to personal jurisdiction, any defect

in the Summons, and service of the Summons, August 21, 2009 Complaint, and

September 18, 2009 Amended Complaint.

2.      Acer and Acer America waive in the above-captioned case, any defenses

or objections to personal jurisdiction, any defect in the Summons, and service of the

Summons and September 18, 2009 Amended Complaint.

3.      Acer, Acer America, HTC, HTC America, Intel, Palm, Philips N.V. and

Philips N.A.'s time to answer, move against or otherwise respond to the Amended

Complaint in this action shall be extended to and including December 18, 2009.

BOUCHARD MARGULES &
FRIEDLANDER, P.A.


 */s/ Sean M. Brennecke*
David J. Margules (#2254)
Sean M. Brennecke (#4686)
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com

*Attorneys for Plaintiff
Xpoint Technologies, Inc.*

HTC AMERICA


*/s/ John L. Ciccozzi*
John L. Ciccozzi, Esquire
13920 SE Eastgate Way, Suite 400
Bellevue, WA  98005
John_Ciccozzi@htc.com


*Senior Legal Counsel to Defendants HTC Corp.
and HTC America, Inc.*

ASHBY & GEDDES


*/s/ Steven J. Balick*
Steven J. Balick (#2114)
500 Delaware Avenue, 8th Floor
P.O. Box. 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com

*Attorneys for Defendants Koninklijke Philips
Electronics N.V. and Philips Electronics North
America Corp.,*

ORRICK HERRINGTON
   & SUTCLIFFE LLP


*/s/ James H. Lin*
James H. Lin
1000 Marsh Road
Menlo Park, California 94025-1015
(650) 614-7668
jlin@orrick.com

*Attorney for Defendants Acer Inc.
and Acer America Corp.*

PALM, INC.


*/s/ Robert H. Booth*
Robert H. Booth
950 W. Maude Avenue
Sunnyvale, California 94085
Bob.Booth@palm.com


*Director of Litigation for Defendant Palm,
Inc.*

POTTER ANDERSON & CORROON LLP


*/s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Intel Corporation*

SO ORDERED, this _____ day of _____, 2009.

_____
Judge