# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **XPOINT TECHNOLOGIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORP., et al.,**<br><br>Defendants. | Civil Action No.  09-CV-00628 (SLR) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by Plaintiff and Defendants ASUSTeK Computer, Inc.,

("ASUSTeK"), Asus Computer International, ("Asus"), AT&T Mobility LLC ("AT&T

Mobility"), Cellco Partnership, ("Cellco"), Google, Inc., ("Google"), Nokia Corp., ("Nokia"),

Nokia Inc. ("Nokia Inc"), Nvidia Corp., ("Nvidia"), Research In Motion Ltd. ("RIM Ltd."),

Research In Motion Corp. ("RIM Corp."), Sony Ericsson Mobile Communications AB ("Sony

Ericsson"), Sony Ericsson Mobile Communications (USA), Inc. ("Sony Ericsson US"), T-

Mobile USA, Inc. ("T-Mobile"), Texas Instruments, Inc. ("TI"), Qualcomm, Inc. ("Qualcomm")

and Quicklogic Corp. ("Quicklogic"), subject to the approval of the Court, that:

1.        AT&T Mobility, Cellco, Google, Nokia, Nokia Inc., Nvidia, RIM Ltd, RIM

Corp., Sony Ericsson, Sony Ericsson US, T-Mobile, TI, Qualcomm and Quicklogic, waive in the

above-captioned case, any defenses or objections to personal jurisdiction, any defect in the

Summons, and service of the Summons, August 21, 2009 Complaint, and September 18, 2009

Amended Complaint.

{BMF-W0159838.2}

Dockets.Justia.com

2.     ASUSTeK and Asus waive any defenses or objections to personal jurisdiction, any defect in the Summons, and service of the Summons and September 18, 2009 Amended Complaint.

3.     ASUSTeK, Asus, AT&T Mobility, Cellco, Google, Nokia, Nokia Inc., Nvidia, RIM Ltd, RIM Corp., Sony Ericsson, Sony Ericsson US, T-Mobile, TI, Qualcomm and Quicklogic's time to answer, move against or otherwise respond to the Amended Complaint in this action shall be extended to and including December 18, 2009.

BOUCHARD MARGULES &
FRIEDLANDER, P.A.

 /s/ Sean M. Brennecke
David J. Margules (#2254)
Sean M. Brennecke (#4686)
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com

*Attorneys for Plaintiff*
*Xpoint Technologies, Inc.*

ASHBY & GEDDES, P.A.

/s/ John G. Day
John G. Day (#2403)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com

*Attorney for Defendants Cellco Partnership,*
*T-Mobile USA, Inc., Quicklogic Corp.,*
*and nVidia Corporation*

RICHARDS, LAYTON &
FINGER, P.A.

/s/ Laura D. Hatcher
Fredrick L. Cottrell (#2555)
Laura D. Hatcher (#5098)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7509
Cottrell@rlf.com
hatcher@rlf.com

*Attorneys for Defendant Google, Inc.*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

 /s/ Adam W. Poff
Adam W. Poff (#3990)
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6642
apoff@ycst.com

*Attorneys for Defendants ASUSTeK*
*Computer, Inc. and Asus Computer*
*International*

RICHARDS, LAYTON &
FINGER, P.A.


/s/ Jeffrey L. Moyer_____
Jeffrey L. Moyer (#3309)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7525
moyer@rlf.com

*Attorney for Defendants Nokia Corp., Nokia
Inc., and Texas Instruments, Inc.*

MORRIS JAMES LLP


/s/ Richard Herrmann_____
Richard Herrmann (#405)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6816
rherrmann@morrisjames.com

*Attorneys for Defendants Research In Motion
Ltd. and Research In Motion Corp.*


PILLSBURY WINTHROP
  SHAW PITTMAN LLP


/s/ William P. Atkins_____
William P. Atkins
1650 Tysons Boulevard, 14th Floor
McLean, Virginia 22102
(703) 770-7777
william.atkins@pillsburylaw.com

*Attorney for Defendant
AT&T Mobility LLC*

MORRIS NICHOLS ARSHT &
TUNNEL LLP


*Karen Jacobs Louden*_____
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, De  19899
(302) 351-9227
klouden@mnat.com

*Attorneys for Defendant Qualcomm, Inc.*


RICHARDS, LAYTON
  & FINGER, P.A.

/s/ Steven J. Fineman_____
Steven J. Fineman (#4025)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7592
Fineman@rlf.com

*Attorneys for Defendants Sony Ericsson
Mobile Communications AB, and Sony
Ericsson Mobile Communications (USA), Inc.*

SO ORDERED, this _____ day of _____, 2009.

_____
Judge