IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICROSOFT CORP., INTEL CORP., | ) | |
| MARVELL TECHNOLOGY GROUP LTD., | ) | |
| MARVELL SEMICONDUCTOR, INC., | ) | C. A. No.: 09-628 (SLR) |
| HEWLETT-PACKARD CO., CYPRESS | ) | |
| SEMICONDUCTOR CORP., QUICKLOGIC | ) | |
| CORP., QUALCOMM INC., FREESCALE | ) | |
| SEMICONDUCTOR HOLDINGS I, LTD., | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| TEXAS INSTRUMENTS INC., ALACRITECH, | ) | |
| INC., GOOGLE INC., T-MOBILE USA, INC., | ) | |
| HTC CORP., HTC AMERICA, INC., APPLE | ) | |
| INC., SONY CORP., SONY ERICSSON | ) | |
| MOBILE COMMUNICATIONS AB, SONY | ) | |
| ERICSSON MOBILE COMMUNICATIONS | ) | |
| (USA), INC., KONINKLIJKE PHILIPS | ) | |
| ELECTRONICS N.V., PHILIPS | ) | |
| ELECTRONICS NORTH AMERICA CORP., | ) | |
| LG ELECTRONICS, INC., LG ELECTRONICS | ) | |
| MOBILECOMM USA, INC., RESEARCH IN | ) | |
| MOTION LTD., RESEARCH IN MOTION | ) | |
| CORP., MOTOROLA, INC., NOKIA CORP., | ) | |
| NOKIA INC., PALM, INC., NVIDIA CORP., | ) | |
| ADVANCED MICRO DEVICES, INC., DELL | ) | |
| INC., TOSHIBA CORP., TOSHIBA AMERICA | ) | |
| INFORMATION SYSTEMS, INC., ASUSTEK | ) | |
| COMPUTER INC., ASUS COMPUTER | ) | |
| INTERNATIONAL, ACER INC., ACER | ) | |
| AMERICA CORP., CISCO SYSTEMS, INC., | ) | |
| ZORAN CORP., AT&T MOBILITY LLC, | ) | |
| CELLCO PARTNERSHIP, and SPRINT | ) | |
| NEXTEL CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Mark A. Lauer, Esquire and Thomas W. Lathram of Silicone Edge Law Group LLP to represent Alacritech, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this Motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp

Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Dated: October 6, 2009

*Attorneys for Defendant Alacritech, Inc.*

SO ORDERED this ___ day of _____, 2009 that counsel's motion for the admission pro hac vice of Mark A. Lauer and Thomas W. Lathram is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                          Mark A. Lauer
                                          Silicone Edge Law Group LLP
                                          6601 Koll Center Parkway, Suite 245
                                          Pleasanton, CA 94556
                                          (925) 621-2121

Dated: 10/6/09

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Thomas W. Lathram
Silicone Edge Law Group LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, CA 94556
(925) 621-2122

Dated: 10/6/09