IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628-SLR |
| | ) | |
| MICROSOFT CORP., INTEL CORP., MARVELL TECHNOLOGY GROUP LTD., MARVELL SEMICONDUCTOR, INC., HEWLETT-PACKARD CO., CYPRESS SEMICONDUCTOR CORP., QUICKLOGIC CORP., QUALCOMM INC., FREESCALE SEMICONDUCTOR HOLDINGS I, LTD., FREESCALE SEMICONDUCTOR, INC., TEXAS INSTRUMENTS INC., ALACRITECH, INC., GOOGLE INC., T-MOBILE USA, INC., HTC CORP., HTC AMERICA, INC., APPLE INC., SONY CORP., SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORP., LG ELECTRONICS, INC., LG ELECTRONICS MOBILECOMM USA, INC., RESEARCH IN MOTION LTD., RESEARCH IN MOTION CORP., MOTOROLA, INC., NOKIA CORP., NOKIA INC., PALM, INC., NVIDIA CORP., ADVANCED MICRO DEVICES, INC., DELL INC., TOSHIBA CORP., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, ACER INC., ACER AMERICA CORP., CISCO SYSTEMS, INC., ZORAN CORP., AT&T MOBILITY LLC, CELLCO PARTNERSHIP, and SPRINT NEXTEL CORP., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as Delaware counsel for defendants Acer Inc., and Acer America Corp., in the above action.

        ASHBY & GEDDES

        */s/ Steven J. Balick*
        _____
        Steven J. Balick (I.D. #2114)
        Tiffany Geyer Lydon (I.D. #3950)
        Caroline Hong (I.D. #5189)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE  19899
        (302) 654-1888
        sbalick@ashby-geddes.com
        tlydon@ashby-geddes.com
        chong@ashby-geddes.com

        *Attorneys for Defendants*
        *Acer Inc. and Acer America Corp.*

Dated:  October 6, 2009