UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**XPOINT TECHNOLOGIES, INC.,**

    Plaintiff,

    v.

**MICROSOFT CORP., et al.,**

    Defendants.

Civil Action No. 09-CV-00628 (SLR)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SONY CORPORATION

 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and subject to the Tolling Agreement executed on or about October 2, 2009, Plaintiff Xpoint Technologies, Inc. hereby dismisses its claims only against Defendant Sony Corporation from this action without prejudice. Sony Corporation has not filed or served an answer nor filed any motion in this action. No prejudice to any party will result from the dismissal of Sony Corporation. This is not intended to affect Plaintiff's claims in this case against any Defendant other than Sony Corporation.

            BOUCHARD MARGULES
             & FRIEDLANDER, P.A.

            */s/ Sean M. Brennecke*_____
            David J. Margules (#2254)
            Sean M. Brennecke (#4686)
            222 Delaware Ave., Suite 1400
            Wilmington, DE 19801
            Phone: (302) 573-3500
            Fax: (302) 573-3501
            dmargules@bmf-law.com
            sbrennecke@bmf-law.com

| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>Chad Johnson<br>Joshua L. Raskin<br>Jai Chandrasekhar<br>Adam Wierzbowski<br>Karine Louis<br>Sean O'Dowd<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br>Phone: (212) 554-1400<br>Fax: (212) 554-1444 | SUGHRUE MION, PLLC<br>William H. Mandir<br>John F. Rabena<br>Kelly G. Hyndman<br>Brian K. Shelton<br>Eric S. Barr<br>2100 Pennsylvania Ave., N. W.<br>Washington, DC 20037<br>Phone: (202) 663-7959<br>Fax: (202) 293-7860 |

ATTORNEYS FOR XPOINT TECHNOLOGIES

Dated: October 6, 2009