IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>) C. A. No. 09-628-SLR<br>v. )<br>)<br>MICROSOFT CORP., et al., )<br>)<br>Defendants. )<br>) | |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Anne Shea Gaza and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant Advanced Micro Devices, Inc. in the above-captioned matter.

_/s/ Anne Shea Gaza_
William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

Attorneys for Defendant
Advanced Micro Devices, Inc.

Dated: October 8, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2009, I caused to be served by **electronic mail and hand delivery** copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

David J. Margules, Esquire
Sean M. Brennecke, Esquire
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
sbrennecke@bmf-law.com
*Counsel for Xpoint Technologies Inc*

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
halkowski@fr.com
*Counsel for Microsoft Corporation, Apple Inc.,
LG Electronics Inc., LG Electronics Mobilecomm
USA, Inc., Cypress Semiconductor Corp*

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
*Counsel for Qualcomm Inc*

Jeffrey L. Moyer, Esquire
Sarah R. Stafford, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
stafford@rlf.com
*Counsel for Texas Instruments, Inc., Nokia Inc.,
Nokia Corp.*

Frederick L. Cottrell, III, Esquire
Laura D. Hatcher, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
hatcher@rlf.com
*Counsel for Google Inc.*

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
msharp@ycst.com
*Counsel for Alacritech, Inc.*

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 9801
sbalick@ashby-geddes.com
*Counsel for Acer Inc., Acer America Corp.,
Koninklijke Philips Electronics, N.V.,
Philips Electronics North America Corp*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Counsel for Intel Corporation*

Adam W. Poff, Esquire
Young Conaway Stargatt & Taylor LLP
100 West Street, 17th Floor
Wilmington, DE 19801
apoff@ycst.com
*Counsel for ASUSTek Computer, Inc., Asus
Computer International*

Steven J. Fineman, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
fineman@rlf.com
*Counsel for Sony Ericsson Mobile
Communications AB, Sony Ericsson Mobile
Communications (USA), Inc.*

Sean T. O'Kelly, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801
sokelly@crosslaw.com
*Counsel for Hewlett-Packard Company*

John G. Day, Esquire
Ashby-Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
jday@ashby-geddes.com
*Counsel for Cellco Partnership, T-Mobile USA,
Inc., Quicklogic Corp., nVidia Corporation*

Richard Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
*Counsel for Research In Motion Ltd., Research In
Motion Corp*

William J. Wade, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
wade@rlf.com
gaza@rlf.com
*Counsel for Advanced Micro Devices, Inc.*

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801
jblumenfeld@mnat.com
*Counsel for Cicso Systems, Inc., Motorola, Inc.*

      I further certify that on October 8, 2009, I caused to be served by **electronic mail** copies of the foregoing document upon the following counsel of record:

James H. Lin, Esquire
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
jlin@orrick.com
*Counsel for Defendants Acer Inc., Acer America Corp*

Robert H. Booth, Esquire
Palm, Inc.
950 W. Maude Avenue
Sunnyvalle, CA 94085
Bob.Booth@palm.com
*Counsel for Palm, Inc.*

Mark A. Lauer, Esquire
Thomas W. Lathram, Esquire
Silicone Edge Law Group LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, CA 94556
*Counsel for Alacritech, Inc.*

John L. Ciccozzi, Esquire
HTC America
13920 SE Eastgate Way, Suite 400
Bellevue, WA 98005
John_Ciccozzi@htc.com
*Counsel for HTC Corp., HTC America, Inc*

William P. Atkins, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102
William.atkins@pillsburylaw.com
*Counsel for Defendant AT&T Mobility LLC*

                                          */s/ Anne Shea Gaza*
                                          Anne Shea Gaza (#4093)
                                          gaza@rlf.com