IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 09-628-SLR |
| v. | ) |
| | ) |
| MICROSOFT CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Mark E. Miller and Nora M. Puckett to represent Defendant Advanced Micro Devices, Inc. in the above-captioned matter.

Of Counsel:

Mark E. Miller
Nora M. Puckett
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
(415) 984-8811
markmiller@omm.com
npuckett@omm.com

Dated: October ___, 2009

/s/ Anne Shea Gaza
William J. Wade (#704)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com

*Attorneys for Defendant*
*Advanced Micro Devices, Inc.*

SO ORDERED THIS ____ day of _____, 2009.

_____
**Honorable Sue L. Robinson**

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: October 8, 2009

Nora M. Puckett
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
markmiller@omm.com

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: October 8, 2008

Mark E. Miller
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
markmiller@omm.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2009, I caused to be served by **electronic mail and hand delivery** copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

David J. Margules, Esquire
Sean M. Brennecke, Esquire
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
sbrennecke@bmf-law.com
*Counsel for Xpoint Technologies Inc.*

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
*Counsel for Qualcomm Inc.*

Frederick L. Cottrell, III, Esquire
Laura D. Hatcher, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
hatcher@rlf.com
*Counsel for Google Inc.*

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
halkowski@fr.com
*Counsel for Microsoft Corporation, Apple Inc., LG Electronics Inc., LG Electronics Mobilecomm USA, Inc., Cypress Semiconductor Corp.*

Jeffrey L. Moyer, Esquire
Sarah R. Stafford, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
stafford@rlf.com
*Counsel for Texas Instruments, Inc., Nokia Inc., Nokia Corp.*

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
msharp@ycst.com
*Counsel for Alacritech, Inc.*

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 9801
sbalick@ashby-geddes.com
*Counsel for Acer Inc., Acer America Corp.,
Koninklijke Philips Electronics, N.V.,
Philips Electronics North America Corp.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Counsel for Intel Corporation*

Adam W. Poff, Esquire
Young Conaway Stargatt & Taylor LLP
100 West Street, 17th Floor
Wilmington, DE 19801
apoff@ycst.com
*Counsel for ASUSTek Computer, Inc., Asus
Computer International*

Steven J. Fineman, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
fineman@rlf.com
*Counsel for Sony Ericsson Mobile
Communications AB, Sony Ericsson Mobile
Communications (USA), Inc.*

Sean T. O'Kelly, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801
sokelly@crosslaw.com
*Counsel for Hewlett-Packard Company*

John G. Day, Esquire
Ashby-Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
jday@ashby-geddes.com
*Counsel for Cellco Partnership, T-Mobile USA,
Inc., Quicklogic Corp., nVidia Corporation*

Richard Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
*Counsel for Research In Motion Ltd., Research In
Motion Corp.*

William J. Wade, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
wade@rlf.com
gaza@rlf.com
*Counsel for Advanced Micro Devices, Inc.*

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801
jblumenfeld@mnat.com
*Counsel for Cicso Systems, Inc., Motorola, Inc*

I further certify that on October 8, 2009, I caused to be served by **electronic mail** copies of the foregoing document upon the following counsel of record:

James H. Lin, Esquire
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
jlin@orrick.com
*Counsel for Defendants Acer Inc., Acer America Corp.*

Robert H. Booth, Esquire
Palm, Inc.
950 W. Maude Avenue
Sunnyvalle, CA 94085
Bob.Booth@palm.com
*Counsel for Palm, Inc*

Mark A. Lauer, Esquire
Thomas W. Lathram, Esquire
Silicone Edge Law Group LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, CA 94556
*Counsel for Alacritech, Inc*

John L. Ciccozzi, Esquire
HTC America
13920 SE Eastgate Way, Suite 400
Bellevue, WA 98005
John_Ciccozzi@htc.com
*Counsel for HTC Corp., HTC America, Inc*

William P. Atkins, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102
William.atkins@pillsburylaw.com
*Counsel for Defendant AT&T Mobility LLC*

        /s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com