# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

**XPOINT TECHNOLOGIES, INC.,**

    Plaintiff,

    v.

**MICROSOFT CORP., et al.,**

    Defendants.

Civil Action No. 09-CV-00628 (SLR)

## STIPULATION AND ORDER FOR EXTENSION OF TIME

WHEREAS, Plaintiff and Defendants Freescale Semiconductor, Inc. ("Freescale"), Marvell Semiconductor, Inc. ("Marvell"), and Sprint Nextel Corporation ("Sprint") are currently in negotiations regarding a response date to the Amended Complaint for Patent Infringement;

IT IS HEREBY STIPULATED by Plaintiff, Freescale, Marvell, and Sprint, subject to the approval of the Court, that, Freescale, Marvell, and Sprint's time to answer, move against or otherwise respond to the Amended Complaint in this action shall be extended to and including October 23, 2009.

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | BRACEWELL & GIULIANI LLP |
| */s/ Sean M. Brennecke*<br>David J. Margules (#2254)<br>Sean M. Brennecke (#4686)<br>222 Delaware Ave., Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>dmargules@bmf-law.com<br>sbrennecke@bmf-law.com | */s/ Alan Albright*<br>Alan Albright<br>111 Congress Avenue, Suite 2300<br>Austin, TX 78701<br>(512) 494-3620<br>Alan.albright@bgllp.com |
| *Attorneys for Plaintiff*<br>*Xpoint Technologies, Inc.* | *Attorneys for Defendant Freescale Semiconductor, Inc.* |
| SPRINT NEXTEL CORP. | MARVELL SEMICONDUCTOR, INC. |
| */s/ Lee Lauridsen*<br>Lee Lauridsen<br>Senior Counsel<br>Sprint Nextel Corp.<br>6450 Sprint Parkway<br>Overland Park, KS<br>(913) 315-9099<br>lee.lauridsen@sprint.com | */s/ Jinping Yang*<br>Jinping Yang<br>IP Counsel<br>Marvell Semiconductor, Inc.<br>5488 Marvell Lane<br>Santa Clara, CA 95054<br>(408) 222-9266<br>jinping@marvell.com |
| *Attorneys for Defendant Sprint Nextel Corp.* | *Attorney for Defendant Marvell Semiconductor, Inc.* |

SO ORDERED, this _____ day of _____, 2009.

_____
Judge