AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., )<br>*Plaintiff* )<br>v. )<br>MICROSOFT CORPORATION, et al. )<br>*Defendant* ) | Civil Action No. 09-cv-00628(SLR) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LG Electronics Mobilecomm USA, Inc.
10101 Old Grove Road
San Diego, CA 92131

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Margules, Esquire
Sean M. Brennecke, Esquire
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____09/21/2009_____                                     _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 09-CV-00628(SLR)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  LG ELECTRONICS MOBILECOMM USA, INC.

was received by me on *(date)*  09/22/2009  .

☐ I personally served the summons on the individual at *(place)*  71 Passage Irvine, CA 92603

on *(date)*  09/22/2009  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Kevin Jaffe, Assistant General Counsel , who is designated by law to accept service of process on behalf of *(name of organization)*  LG ELECTRONICS MOBILECOMM USA, INC.  on *(date)*  09/22/2009  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ 104.85 for services, for a total of $ 104.85 .

I declare under penalty of perjury that this information is true.

Date:  09/30/2009

*Server's signature*

Michael Marks, Registered CA Process Server
*Printed name and title*

DDS Legal Support
2900 Bristol St., E-106
Costa Mesa, CA 92626
*Server's address*

Additional information regarding attempted service, etc:

Server's Registration Number: 1388
County:  San Diego