IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 09-628-SLR |
| MICROSOFT CORPORATION, et al. | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey L. Moyer and Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendants Nokia Inc. and Nokia Corporation.

Dated: October 9, 2009

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Sarah R. Stafford (#5234)
stafford@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants Nokia Inc. and Nokia Corporation*

RLF1-3444150-1