IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 09-628-SLR |
| v. ) | |
| ) | |
| MICROSOFT CORP., et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that William J. Wade and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant Advanced Micro Devices, Inc. in the above-captioned matter.

                                        /w/ William J. Wade
                                        William J. Wade (#704)
                                        wade@rlf.com
                                        Anne Shea Gaza (#4093)
                                        gaza@rlf.com
                                        Stephen M. Ferguson (#5167)
                                        ferguson@rlf.com
                                        Richards, Layton & Finger, P.A.
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, DE 19801
                                        302-651-7700
Dated: October 9, 2009                  Attorneys for Defendant Advanced Micro
                                        Devices, Inc.

RLF1-3443948-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and electronically delivered to the following:

| | |
|---|---|
| David J. Margules, Esquire<br>Sean M. Brennecke, Esquire<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | Thomas L. Halkowski, Esquire<br>Fish & Richardson, P.C.<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19801 |
| Karen Jacobs Loudon, Esquire<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19801 | Jeffrey L. Moyer, Esquire<br>Sarah R. Stafford, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Frederick L. Cottrell, Esquire<br>Laura D. Hatcher, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Melanie K. Sharp, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 | Sean T. O'Kelly, Esquire<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801 |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | John G. Day, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 |

Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Steven J. Fineman, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801

I hereby certify that on October 9, 2009, I have caused to be served by electronic mail, the foregoing document to the following non-registered participant:

James H. Lin, Esquire
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

John L. Ciccozzi, Esquire
HTC America
13920 SE Eastgate Way, Suite 400
Bellevue, WA 98005

Robert H. Booth, Esquire
Palm, Inc.
950 West Maude Avenue
Sunnyvalle, CA 94085

William P. Atkins, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102

Mark A. Lauer, Esquire
Thomas W. Lathram, Esquire
Silicon Edge Law Group LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, CA 04556

Alan Albright, Esquire
Bracewell & Giuliani LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701

Lee Lauridsen, Esquire
Senior Counsel
Sprint Nextel Corp.
6450 Sprint Parkway
Overland Park, KS 66251

Jinping Yang, Esquire
IP Counsel
Marvell Semiconductor, Inc.
5488 Marvell Lane
Santa Clara, CA 95054

/s/ William J. Wade
William J. Wade (#704)
wade@rlf.com