IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. NO. 09-628-SLR ) |
| MICROSOFT CORP., et al., | ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Stephen M. Ferguson and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant Advanced Micro Devices, Inc. in the above-captioned matter.

Dated: October 9, 2009

    /w/ Stephen M. Ferguson
William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Stephen M. Ferguson (#5167)
ferguson@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant Advanced Micro Devices, Inc.

RLF1-3443948-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and electronically delivered to the following:

David J. Margules, Esquire
Sean M. Brennecke, Esquire
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

Karen Jacobs Loudon, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801

Jeffrey L. Moyer, Esquire
Sarah R. Stafford, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Frederick L. Cottrell, Esquire
Laura D. Hatcher, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Sean T. O'Kelly, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

RLF1-3443948-1

| | |
|---|---|
| Adam W. Poff, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Richard K. Herrmann, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 |
| Steven J. Fineman, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Jack B. Blumenfeld, Esquire<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19801 |

I hereby certify that on October 9, 2009, I have caused to be served by electronic mail, the foregoing document to the following non-registered participant:

| | |
|---|---|
| James H. Lin, Esquire<br>Orrick Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | John L. Ciccozzi, Esquire<br>HTC America<br>13920 SE Eastgate Way, Suite 400<br>Bellevue, WA 98005 |
| Robert H. Booth, Esquire<br>Palm, Inc.<br>950 West Maude Avenue<br>Sunnyvalle, CA 94085 | William P. Atkins, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>1650 Tysons Boulevard, 14th Floor<br>McLean, VA 22102 |
| Mark A. Lauer, Esquire<br>Thomas W. Lathram, Esquire<br>Silicon Edge Law Group LLP<br>6601 Koll Center Parkway, Suite 245<br>Pleasanton, CA 04556 | Alan Albright, Esquire<br>Bracewell & Giuliani LLP<br>111 Congress Avenue, Suite 2300<br>Austin, TX 78701 |
| Lee Lauridsen, Esquire<br>Senior Counsel<br>Sprint Nextel Corp.<br>6450 Sprint Parkway<br>Overland Park, KS 66251 | Jinping Yang, Esquire<br>IP Counsel<br>Marvell Semiconductor, Inc.<br>5488 Marvell Lane<br>Santa Clara, CA 95054 |

/s/ Stephen M. Ferguson
Stephen M. Ferguson (#5167)
ferguson@rlf.com