IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 09-628-SLR |
| v. ) | |
| ) | |
| MICROSOFT CORP., et al., ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Frederick L. Cottrell and the law firm of Richards, Layton & Finger hereby enter their appearance on behalf of Defendant, Google Inc. in this matter.

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Laura D. Hatcher (#5098)
hatcher @rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant Google Inc.*

Dated: October 9, 2009