IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 09-628-SLR |
| v. | ) |
| | ) |
| MICROSOFT CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Laura D. Hatcher and the law firm of Richards, Layton & Finger hereby enter their appearance on behalf of Defendant, Google Inc. in this matter.

/s/ Laura Hatcher
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant Google Inc.*

Dated: October 9, 2009