IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 09-628-SLR |
| v. | ) |
| | ) |
| MICROSOFT CORP., et al., | ) |
| | ) |
| Defendants. | ) |

### MOTION AND ORDER FOR
### ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Kevin X. McGann, and John Handy to represent Google Inc., in this matter.

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant Google Inc.*

Dated: October 9, 2009

SO ORDERED this _____ day of _____, 2009.

_____
United States District Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of New York, and the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Signed: /s/ John Handy
John Handy
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Dated: September 28, 2009

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of New York, and the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Signed: _/s/ Kevin X. McGann_
Kevin X. McGann
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Dated: September 28, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, I caused to be served by **electronic mail and hand delivery** copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

David J. Margules, Esquire
Sean M. Brennecke, Esquire
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
sbrennecke@bmf-law.com
*Counsel for Xpoint Technologies Inc.*

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
halkowski@fr.com
*Counsel for Microsoft Corporation, Apple Inc., LG Electronics Inc., LG Electronics Mobilecomm USA, Inc., Cypress Semiconductor Corp*

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
klouden@mnat.com
*Counsel for Qualcomm Inc.*

Jeffrey L. Moyer, Esquire
Sarah R. Stafford, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
stafford@rlf.com
*Counsel for Texas Instruments, Inc., Nokia Inc., Nokia Corp*

William J. Wade, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
wade@rlf.com
gaza@rlf.com
*Counsel for Advanced Micro Devices, Inc*

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
msharp@ycst.com
*Counsel for Alacritech, Inc.*

RLF1-3444192-1

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 9801
sbalick@ashby-geddes.com
*Counsel for Acer Inc., Acer America Corp.,
Koninklijke Philips Electronics, N.V.,
Philips Electronics North America Corp*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Counsel for Intel Corporation*

Adam W. Poff, Esquire
Young Conaway Stargatt & Taylor LLP
100 West Street, 17th Floor
Wilmington, DE 19801
apoff@ycst.com
*Counsel for ASUSTek Computer, Inc., Asus
Computer International*

Steven J. Fineman, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
fineman@rlf.com
*Counsel for Sony Ericsson Mobile
Communications AB, Sony Ericsson Mobile
Communications (USA), Inc*

Sean T. O'Kelly, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801
sokelly@crosslaw.com
*Counsel for Hewlett-Packard Company*

John G. Day, Esquire
Ashby-Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
jday@ashby-geddes.com
*Counsel for Cellco Partnership, T-Mobile USA,
Inc., Quicklogic Corp., nVidia Corporation*

Richard Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
*Counsel for Research In Motion Ltd., Research In
Motion Corp*

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801
jblumenfeld@mnat.com
*Counsel for Cicso Systems, Inc., Motorola, Inc*

I further certify that on October 9, 2009, I caused to be served by **electronic mail** copies of the foregoing document upon the following counsel of record:

James H. Lin, Esquire
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
jlin@orrick.com
*Counsel for Defendants Acer Inc., Acer America Corp*

Robert H. Booth, Esquire
Palm, Inc.
950 W. Maude Avenue
Sunnyvale, CA 94085
Bob.Booth@palm.com
*Counsel for Palm, Inc*

Mark A. Lauer, Esquire
Thomas W. Lathram, Esquire
Silicon Edge Law Group LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, CA 94556
*Counsel for Alacritech, Inc.*

Lee Lauridsen, Esquire
Sprint Nextel Corp.
6450 Sprint Parkway
Overland Park, KS
Lee.lauridsen@sprint.com
*Counsel for Sprint Nextel Corp*

John L. Ciccozzi, Esquire
HTC America
13920 SE Eastgate Way, Suite 400
Bellevue, WA 98005
John_Ciccozzi@htc.com
*Counsel for HTC Corp., HTC America, Inc.*

William P. Atkins, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102
William.atkins@pillsburylaw.com
*Counsel for Defendant AT&T Mobility LLC*

Alan Albright, Esquire
Bracewell & Giuliani LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701
Alan.albright@bgllp.com
*Counsel for Freescale Semiconductor, Inc.*

Jinping Yang
Marvel Semiconductor, Inc.
5488 Marvell Lane
Santa Clara, CA 95054
jinping@marvell.com
*Counsel for Marvell Semiconductor, Inc.*

/s/ Laura D. Hatcher
Laura D. Hatcher (#5098)
hatcher@rlf.com

RLF1-3444192-1