# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **XPOINT TECHNOLOGIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORP., et al.,**<br><br>Defendants. | Civil Action No. 09-CV-00628 (SLR) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by Plaintiff and Defendants Dell Inc. ("Dell") and Zoran Corp., ("Zoran"), subject to the approval of the Court, that:

1. Dell and Zoran waive in the above-captioned case, any defenses or objections to personal jurisdiction, any defect in the Summons, and service of the Summons and September 18, 2009 Amended Complaint.

2. Dell and Zoran's time to answer, move against or otherwise respond to the Amended Complaint in this action shall be extended to and including December 18, 2009.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Sean M. Brennecke | /s/ Chad S.C. Stover |
| David J. Margules (#2254) | Chad S.C. Stover (#4919) |
| Sean M. Brennecke (#4686) | The Nemours Building |
| 222 Delaware Ave., Suite 1400 | 1007 North Orange Street |
| Wilmington, DE 19801 | P.O. Box 2207 |
| (302) 573-3500 | Wilmington, DE 19899 |
| dmargules@bmf-law.com | (302) 252-3158 |
| sbrennecke@bmf-law.com | cstover@cblh.com |
| *Attorneys for Plaintiff Xpoint Technologies, Inc.* | *Attorneys for Defendant Zoran Corp.* |

JONES DAY

 /s/ Daniel T. Conrad
Daniel T. Conrad
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 969-2963
dtconrad@jonesday.com

*Attorneys for Defendant Dell Inc.*

SO ORDERED, this _____ day of _____, 2009.

_____
Judge