# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICROSOFT CORP., INTEL CORP., MARVELL ) <br> TECHNOLOGY GROUP LTD., MARVELL ) <br> SEMICONDUCTOR, INC., HEWLETT- ) <br> PACKARD CO., CYPRESS SEMICONDUCTOR ) <br> CORP., QUICKLOGIC CORP., QUALCOMM ) <br> INC., FREESCALE SEMICONDUCTOR ) <br> HOLDINGS I, LTD., FREESCALE ) <br> SEMICONDUCTOR, INC., TEXAS ) <br> INSTRUMENTS INC., ALACRITECH, INC., ) <br> GOOGLE INC., T-MOBILE USA, INC., HTC ) <br> CORP., HTC AMERICA, INC., APPLE INC., ) <br> SONY CORP., SONY ERICSSON MOBILE ) <br> COMMUNICATIONS AB, SONY ERICSSON ) <br> MOBILE COMMUNICATIONS (USA), INC., ) <br> KONINKLIJKE PHILIPS ELECTRONICS N.V., ) <br> PHILIPS ELECTRONICS NORTH AMERICA ) <br> CORP., LG ELECTRONICS, INC., LG ) <br> ELECTRONICS MOBILECOMM USA, INC., ) <br> RESEARCH IN MOTION LTD., RESEARCH IN ) <br> MOTION CORP., MOTOROLA, INC., NOKIA ) <br> CORP., NOKIA INC., PALM, INC., NVIDIA ) <br> CORP., ADVANCED MICRO DEVICES, INC., ) <br> DELL INC., TOSHIBA CORP., TOSHIBA ) <br> AMERICA INFORMATION SYSTEMS, INC., ) <br> ASUSTEK COMPUTER INC., ASUS ) <br> COMPUTER INTERNATIONAL, ACER INC., ) <br> ACER AMERICA CORP., CISCO SYSTEMS, ) <br> INC., ZORAN CORP., AT&T MOBILITY LLC, ) <br> CELLCO PARTNERSHIP, and SPRINT NEXTEL ) <br> CORP., ) <br> ) <br> Defendants. ) | C.A. No. 09-628 (SLR) |

## **ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of David E. Moore of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of defendant Intel Corporation.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Harrison J. Frahn IV<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Tel: (650) 251-5000 | By: */s/ David E. Moore*<br>　　Richard L. Horwitz (#2246)<br>　　David E. Moore (#3983)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street |
| Robert A. Bourque<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-2000 | 　　Wilmington, DE 19801<br>　　Tel: (302) 984-6000<br>　　rhorwitz@potteranderson.com<br>　　dmoore@potteranderson.com |
| Dated: October 12, 2009<br>937268 / 34764 | *Attorneys for Defendant*<br>*Intel Corporation* |