# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP., et al., <br><br> Defendants. | Civil Action No. 09-628-SLR |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Thomas L. Halkowski of Fish & Richardson P.C., as attorney for Microsoft Corp., Cypress Semiconductor Corp., Apple, Inc., LG Electronics, Inc., and LG Electronics MobileComm USA, Inc.

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
222 Delaware Avenue, 17th Floor
P.O. Box. 1114
Wilmington, Delaware 19801
(302) 652-5070
halkowski@fr.com

*Attorney for Defendants Microsoft Corp., Cypress Semiconductor Corp., Apple, Inc., LG Electronics, Inc., and LG Electronics MobileComm USA, Inc.*

DATED: October 12, 2009