# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP., et al., <br><br> Defendants. | Civil Action No. 09-CV-00628 (SLR) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by Plaintiff and Toshiba America Information Systems, Inc. ("Toshiba AIS") subject to the approval of the Court, that Toshiba AIS' time to answer, move against or otherwise respond to the Amended Complaint in this action shall be extended to and including November 12, 2009.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | ASHBY & GEDDES |
|---|---|
| /s/ Sean M. Brennecke | /s/ Steven J. Balick |
| David J. Margules (#2254) | Steven J. Balick (#2114) |
| Sean M. Brennecke (#4686) | 500 Delaware Avenue, 8th Floor |
| 222 Delaware Ave., Suite 1400 | P.O. Box 1150 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 573-3500 | (302) 654-1888 |
| dmargules@bmf-law.com | sbalick@ashby-geddes.com |
| sbrennecke@bmf-law.com | |
| | *Attorney for Defendant Toshiba America Information Systems, Inc.* |
| *Attorneys for Plaintiff* | |
| *Xpoint Technologies, Inc.* | |

SO ORDERED, this _____ day of _____, 2009.

_____
Judge