IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICROSOFT CORPORATION, et al. )<br>)<br>Defendants. ) | Civil Action No. 09-628-SLR |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey L. Moyer and Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant Dell, Inc.

 

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Sarah R. Stafford (#5234)
stafford@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendant Dell, Inc.*

Dated: October 14, 2009

RLF1-3446278-1