IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-628-SLR |
| | ) | |
| MICROSOFT CORPORATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sarah R. Stafford and Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant Dell, Inc.

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Sarah R. Stafford (#5234)
stafford@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendant Dell, Inc.*

Dated: October 14, 2009

RLF1-3446278-1