IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628 (SLR) |
| | ) | |
| MICROSOFT CORP., INTEL CORP., MARVELL TECHNOLOGY GROUP LTD., MARVELL SEMICONDUCTOR, INC., HEWLETT-PACKARD CO., CYPRESS SEMICONDUCTOR CORP., QUICKLOGIC CORP., QUALCOMM INC., FREESCALE SEMICONDUCTOR HOLDINGS 1, LTD., FREESCALE SEMICONDUCTOR, INC., TEXAS INSTRUMENTS INC., ALACRITECH, INC., GOOGLE INC., T-MOBILE USA, INC. HTC CORP., HTC AMERICA, INC., APPLE INC., SONY CORP., SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORP., LG ELECTRONICS, INC., LG ELECTRONICS MOBILECOMM USA, INC., RESEARCH IN MOTION LTD., RESEARCH IN MOTION CORP., MOTOROLA, INC., NOKIA CORP., NOKIA INC., PALM, IN., NVIDIA CORP., ADVANCED MICRO DEVICES, INC., DELL INC., TOSHIBA CORP., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, ACER INC., ACER AMERICA CORP., CISCO SYSTEMS, INC., ZORAN CORP., AT&T MOBILITY LCC, CELLCO PARTNERSHIP, and SPRINT NEXTEL CORP., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of L. Norwood Jameson and Matthew S. Yungwirth of DUANE MORRIS LLP, Atlantic Center Plaza, Suite 700, 180 West Peachtree Street NW, Atlanta, GA 30309-3448 to represent defendant Cisco Systems, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Cisco Systems, Inc.*

October 14, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of L. Norwood Jameson and Matthew S. Yungwirth is granted.

Dated: _____          _____
                                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 10-14-05

L. Norwood Jameson
DUANE MORRIS LLP
Atlantic Center Plaza
Suite 700
180 West Peachtree Street NW
Atlanta, GA 30309-3448
(404) 253-6900

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 10/12/07

Matthew S. Yungwirth
DUANE MORRIS LLP
Atlantic Center Plaza
Suite 700
180 West Peachtree Street NW
Atlanta, GA 30309-3448
(404) 253-6900

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

David J. Margules, Esquire
Sean M. Brennecke, Esquire
BOUCHARD MARGULES & FRIEDLANDER, P.A.

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

Karen Jacobs Louden, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Steven J. Balick, Esquire
Tiffany Geyer Lydon, Esquire
Caroline Hong, Esquire
ASHBY & GEDDES

John G. Day, Esquire
ASHBY & GEDDES

Richard Herrmann, Esquire
MORRIS JAMES LLP

Melanie K. Sharp, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP

Chad S.C. Stover, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP

Sean T. O'Kelly, Esquire
CROSS & SIMON, LLC

Jeffrey L. Moyer, Esquire
Sarah R. Stafford, Esquire
RICHARDS, LAYTON & FINGER, P.A.

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP

Fredrick L. Cottrell, Esquire
Laura D. Hatcher, Esquire
RICHARDS, LAYTON & FINGER, P.A.

Adam W. Poff, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP

Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.

William J. Wade, Esquire
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused copies of the foregoing document to be served on October 14, 2009, upon the following in the manner indicated:

| | |
|---|---|
| David J. Margules, Esquire<br>Sean M. Brennecke, Esquire<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Xpoint Technologies, Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Chad Johnson, Esquire<br>Jai Chandrasekhar, Esquire<br>Adam Wierzbowski, Esquire<br>Karine Louis, Esquire<br>Sean O'Dowd, Esquire<br>BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>1285 Avenue of the Americas – 38th Floor<br>New York, NY 10019<br>*Attorneys for Xpoint Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| William H. Mandir, Esquire<br>John F. Rabena, Esquire<br>Kelly G. Hyndman, Esquire<br>Brian K. Shelton, Esquire<br>Eric S. Barr, Esquire<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>*Attorneys for Xpoint Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sean T. O'Kelly, Esquire<br>CROSS & SIMON, LLC<br>913 North Market Street – 11th Floor<br>Wilmington, DE 19801<br>*Attorneys for Hewlett-Packard Company* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Thomas L. Halkowski, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue – 17th Floor<br>Wilmington, DE 19801<br>*Attorneys for Microsoft Corp., Cypress<br>Semiconductor Corp., Apple, Inc., LG<br>Electronics, Inc. and LG Electronics<br>MobileComm USA, Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |

| | |
|---|---|
| Jeffrey L. Moyer, Esquire<br>Sarah R. Stafford, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Nokia Corp., Nokia Inc., Texas Instruments Incorporated and Dell, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Karen Jacobs Louden, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Qualcomm Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Terrence P. McMahon, Esquire<br>David Henry Dolkas, Esquire<br>Vinod J. Mapranath, Esquire<br>MCDERMOTT WILL & EMERY<br>275 Middlefield Road – Suite 100<br>Menlo Park, CA 94025-4004<br>*Attorneys for Qualcomm Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey R. Gargano, Esquire<br>Matthew J. Gryzlo, Esquire<br>MCDERMOTT WILL & EMERY<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>*Attorneys for Qualcomm Inc.* | *VIA ELECTRONIC MAIL* |
| James H. Lin, Esquire<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>*Attorneys for Acer Inc. and Acer America Corp.* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Intel Corporation* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

Harrison J. Frahn IV, Esquire  *VIA ELECTRONIC MAIL*
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
*Attorneys for Intel Corporation*

Robert A. Bourque, Esquire  *VIA ELECTRONIC MAIL*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
*Attorneys for Intel Corporation*

Steven J. Balick, Esquire  *VIA ELECTRONIC MAIL*
Tiffany Geyer Lydon, Esquire  *and HAND DELIVERY*
Caroline Hong, Esquire
ASHBY & GEDDES
500 Delaware Avenue – 8th Floor
Wilmington, DE 19801
*Attorneys for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corp.*

Fredrick L. Cottrell, Esquire  *VIA ELECTRONIC MAIL*
Laura D. Hatcher, Esquire  *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Google, Inc.*

Kevin X. McGann, Esquire  *VIA ELECTRONIC MAIL*
John Handy, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
*Attorneys for Google, Inc.*

John G. Day, Esquire  *VIA ELECTRONIC MAIL*
ASHBY & GEDDES  *and HAND DELIVERY*
500 Delaware Avenue – 8th Floor
Wilmington, DE 19801
*Attorneys for Cellco Partnership, T-Mobile USA, Inc., Quicklogic Corp. and nVidia Corporation*

Adam W. Poff, Esquire  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
100 West Street- 17th Floor  
Wilmington, DE 19801  
*Attorneys for ASUSTeK Computer, Inc. and*  
*Asus Computer International*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Richard Herrmann, Esquire  
MORRIS JAMES LLP  
500 Delaware Avenue – Suite 1500  
Wilmington, DE 19801  
*Attorneys for Research In Motion Ltd. and*  
*Research In Motion Corp.*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Steven J. Fineman, Esquire  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
*Attorneys for Sony Ericsson Mobile*  
*Communications AB and Sony Ericsson Mobile*  
*Communications (USA), Inc.*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

William P. Atkins, Esquire  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
1650 Tysons Boulevard – 14th Floor  
McLean, VA 22102  
*Attorneys for AT&T Mobility LLC*

*VIA ELECTRONIC MAIL*

Melanie K. Sharp, Esquire  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
The Brandywine Building  
1000 West Street – 17th Floor  
Wilmington, DE 19801  
*Attorneys for Alacritech, Inc.*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Mark A. Lauer, Esquire  
Thomas W. Lathram, Esquire  
SILICONE EDGE LAW GROUP LLP  
6601 Koll Center Parkway – Suite 245  
Pleasanton, CA 94556  
*Attorneys for Alacritech, Inc.*

*VIA ELECTRONIC MAIL*

William J. Wade, Esquire  
Anne Shea Gaza, Esquire  
Stephen M. Ferguson, Esquire  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
*Attorneys for Advanced Micro Devices, Inc.*

*VIA ELECTRONIC MAIL  
and HAND DELIVERY*

Nora M. Puckett, Esquire  
Mark E. Miller, Esquire  
O'MELVENY & MYERS LLP  
Two Embarcadero Center  
28th Floor  
San Francisco, CA 94111-3823  
*Attorneys for Advanced Micro Devices, Inc.*

*VIA ELECTRONIC MAIL*

Alan Albright, Esquire  
BRACEWELL & GIULIANI LLP  
111 Congress Avenue  
Suite 2300  
Austin, TX 78701  
*Attorneys for Freescale Semiconductor, Inc.*

*VIA ELECTRONIC MAIL*

Lee Lauridsen, Esquire  
SPRINT NEXTEL CORP.  
6450 Sprint Parkway  
Overland Park, KS 66251  
*Attorneys for Sprint Nextel Corp.*

*VIA ELECTRONIC MAIL*

Jinping Yang, Esquire  
MARVELL SEMICONDUCTOR, INC.  
5488 Marvell Lane  
Santa Clara, CA 95054  
*Attorneys for Marvell Semiconductor, Inc.*

*VIA ELECTRONIC MAIL*

Chad S.C. Stover, Esquire  
CONNOLLY BOVE LODGE & HUTZ LLP  
The Nemours Building  
1007 North Orange Street  
Wilmington, DE 19801  
*Attorneys for Zoran Corp.*

*VIA ELECTRONIC MAIL*

Daniel T. Conrad, Esquire
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
*Attorneys for Dell Inc.*

*VIA ELECTRONIC MAIL*

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)