IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC.,<br><br>Plaintiff, v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 09-CV-00628-SLR |

**PLAINTIFF'S MOTION AND PROPOSED ORDER FOR ADMISSION**
***PRO HAC VICE* OF WILLIAM H. MANDIR, JOHN F. RABENA,**
**KELLY G. HYNDMAN, BRIAN K. SHELTON AND ERIC S. BARR**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of William H. Mandir, John F. Rabena, Kelly G. Hyndman, Brian K. Shelton and Eric S. Barr, of Sughrue Mion, PLLC, 2100 Pennsylvania Avenue, N.W. Washington, D.C. 20037-3213, to represent Plaintiff in this matter.

David J. Margules (#2254)
Sean M. Brennecke (#4686)
BOUCHARD, MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
sbrennecke@.bmf-law.com
*Local Counsel for the Plaintiff*

Dated: October 14, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2009, that counsel's motion for admission *pro hac vice* of William H. Mandir, John F. Rabena, Kelly G. Hyndman, Brian K. Shelton and Eric S. Barr is granted.

_____

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, William H. Mandir, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: October 14, 2009

William H. Mandir
Sughrue Mion, PLLC
2100 Pennsylvania Avenue NW
Washington D.C. 20037-3213
Telephone: (202) 293-7060
wmandir@sughrue.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, John F. Rabena, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: October 14, 2009

*John F Rabena*
John F. Rabena
Sughrue Mion, PLLC
2100 Pennsylvania Avenue NW
Washington D.C. 20037-3213
Telephone: (202) 293-7060
jrabena@sughrue.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Kelly G. Hyndman, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Virginia and the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: October 14, 2009

Kelly G. Hyndman
Sughrue Mion, PLLC
2100 Pennsylvania Avenue NW
Washington D.C. 20037-3213
Telephone: (202) 293-7060
kghyndman@sughrue.com

# CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Brian K. Shelton, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: October 14, 2009

Brian K. Shelton
Sughrue Mion, PLLC
2100 Pennsylvania Avenue NW
Washington D.C. 20037-3213
Telephone: (202) 293-7060
bshelton@sughrue.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Eric S. Barr, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: October 14, 2009

Eric S. Barr
Sughrue Mion, PLLC
2100 Pennsylvania Avenue NW
Washington D.C. 20037-3213
Telephone: (202) 293-7060
ebarr@sughrue.com