IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 09-628 (SLR) |
| v. ) | |
| ) | |
| MICROSOFT CORP., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Mark D. Fowler, Timothy Lohse, and Nickolas J. Bohl, of the law firm of DLA Piper, to represent Defendant Zoran Corporation in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee is being submitted in connection with this motion.

Dated: October 19, 2009         /s/ Chad S.C. Stover
                                Francis DiGiovanni (#3189)
                                Chad S.C. Stover (#4919)
                                CONNOLLY BOVE LODGE & HUTZ LLP
                                1007 North Orange Street
                                P.O. Box 2207
                                Wilmington, Delaware 19899-2207
                                (302) 658-9141
                                fdigiovanni@cblh.com
                                cstover@cblh.com

                                *Attorneys for Defendant Zoran Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 09-628 (SLR) ) ) |
| MICROSOFT CORP., et al., | ) ) |
| Defendants. | ) ) ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 16, 2009

Mark D. Fowler
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2000

*Attorney for Defendant Zoran Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 09-628 (SLR) ) |
| MICROSOFT CORP., et al., | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 10-15-2009

Timothy W. Lohse
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2000

*Attorney for Defendant Zoran Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 09-628 (SLR) |
| v. ) | |
| ) | |
| MICROSOFT CORP., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 15, 2009

_____
Nickolas Bohl
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2308

*Attorney for Defendant Zoran Corp.*

CERTIFICATE OF SERVICE

I, Chad S.C. Stover, hereby certify that on the 19th day of October, 2009, a true copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following, and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Jack J. Blumenfeld<br>Morris, Nicholas, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>*Attorneys for Cisco Systems, Inc.* | Melanie K. Sharp<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>msharp@ycst.com<br>*Attorneys for Alacritech, Inc.* |
| Karen Jacobs Louden<br>Morris, Nicholas, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>klouden@mnat.com<br>*Attorneys for Qualcomm Inc.* | Richard Horowitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>*Attorneys for Intel Corporation* |
| Jeffrey L. Moyer<br>Sarah R. Stafford<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>moyer@rlf.com<br>stafford@rlf.com<br>*Attorneys for Nokia Corp., Nokia Inc., Texas Instruments Incorporated and Dell, Inc.* | Adam W. Poff<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>apoff@ycst.com<br>*Attorneys for ASUSTeK Computer, Inc. and Asus Computer International* |
| Sean T. O'Kelly<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>sokelly@crosslaw.com<br>*Attorneys for Hewlett-Packard Company* | Richard Hermann<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>rherrmann@morrisjames.com<br>*Attorneys for Research In Motion Ltd. and Research In Motion Corp.* |

| | |
|---|---|
| Steven J. Balick<br>Tiffany Geyer Lydon<br>Caroline Hong<br>Ashby & Geddes<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>chong@ashby-geddes.com<br>*Attorneys for Koninklijke Philips Electronics N V and Philips Electronics North America Corp.* | John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>*Attorneys for Cellco Partnership, T-Mobile USA, Inc., Quicklogic Corp. and nVidia Corporation* |
| David J. Margules<br>Sean M. Brennecke<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, Delaware 19801<br>dmargules@bmf-law.com<br>sbrennecke@bmf-law.com<br>*Attorneys for Xpoint Technologies, Inc.* | William J. Wade<br>Anne Shea Gaza<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>wade@rlf.com<br>gaza@rlf.com<br>*Attorneys for Advanced Micro Devices, Inc.* |
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com<br>*Attorneys for Microsoft Corp., Cypress Semiconductor Corp., Apple, Inc., LG Electronics, Inc. and LG Electronics MobileComm USA, Inc.* | Frederick L. Cottrell, III<br>Laura D. Hatcher<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>hatcher@rlf.com<br>*Attorneys for Google, Inc.* |
| Steven L. Fineman, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Sony Ericsson Mobile Communications AB and Sony Ericsson Mobile Communications (USA), Inc.* | David Ellis Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899<br>dmoore@potteranderson.com<br>*Attorney for Intel Corporation* |

| | |
|---|---|
| Stephen M. Ferguson<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>ferguson@rlf.com<br>*Attorney for Advanced Micro Devices, Inc.* | |

I also certify that a true copy of the foregoing was sent via electronic mail to the following individuals, as they are not on the CM/ECF notification list:

| | |
|---|---|
| Chad Johnson, Esquire<br>Jai Chandrasekhar, Esquire<br>Adam Wierzbowski, Esquire<br>Karine Louis, Esquire<br>Sean O'Dowd, Esquire<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas - 38th Floor<br>New York, NY 10019<br>chad@blbglaw.com<br>jai@blbglaw.com<br>adam@blbglaw.com<br>Karine@blbglaw.com<br>seano@blbglaw.com<br>*Attorneys for Xpoint Technologies, Inc.* | William H. Mandir, Esquire<br>John F. Rabena, Esquire<br>Kelly G. Hyndman, Esquire<br>Brian K. Shelton, Esquire<br>Eric S. Barr, Esquire<br>Sughrue Mion, PLLC<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>wmandir@sughrue.com<br>jrabena@sughrue.com<br>kghyndman@sughrue.com<br>bshelton@sughrue.com<br>ebarr@sughrue.com<br>*Attorneys for Xpoint Technologies, Inc.* |
| Terrence P. McMahon, Esquire<br>David Henry Dolkas, Esquire<br>Vinod 1. Mapranath, Esquire<br>Mcdermott Will & Emery<br>275 Middlefield Road - Suite 100<br>Menlo Park, CA 94025-4004<br>tmcmahon@mwe.com<br>ddolkas@mwe.com<br>vmapranath@mwe.com<br>*Attorneys for Qualcomm Inc.* | Jeffrey R. Gargano, Esquire<br>Matthew J. Gryzlo, Esquire<br>Mcdermott Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>jgargano@mwe.com<br>mgryzlo@mwe.com<br>*Attorneys for Qualcomm Inc.* |

| | |
|---|---|
| James H. Lin, Esquire<br>Orrick Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>jlin@orrick.com<br>*Attorneys for Acer Inc. and Acer America Corp.* | Harrison J. Frahn IV, Esquire<br>Simpson Thacher & Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>hfrahn@stblaw.com<br>*Attorneys for Intel Corporation* |
| Robert A. Bourque, Esquire<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>rbourque@stblaw.com<br>*Attorneys for Intel Corporation* | Kevin X. McGann, Esquire<br>John Handy, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>kmcgann@whitecase.com<br>jhandy@whitecase.com<br>*Attorneys for Google, Inc.* |
| Daniel T. Conrad, Esquire<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201<br>dtconrad@jonesday.com<br>*Attorneys for Dell Inc.* | William P. Atkins, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>1650 Tysons Boulevard - 14th Floor<br>McLean, VA 22102<br>william.atkins@pillsburylaw.com<br>*Attorneys for AT&T Mobility LLC* |
| Mark A. Lauer, Esquire<br>Thomas W. Lathram, Esquire<br>Silicon Edge Law Group LLP<br>6601 Koll Center Parkway - Suite 245<br>Pleasanton, CA 94556<br>*Attorneys for Alacritech, Inc.* | Nora M. Puckett, Esquire<br>Mark E. Miller, Esquire<br>O'Melveny & Myers LLP<br>Two Embarcadero Center<br>San Francisco, CA 94111-3823<br>npuckett@omm.com<br>markmiller@omm.com<br>*Attorneys for Advanced Micro Devices, Inc.* |
| Alan Albright, Esquire<br>Bracewell & Giuliani LLP<br>111 Congress Avenue<br>Suite 2300<br>Austin, TX 78701<br>alan.albright@bgllp.com<br>*Attorneys for Freescale Semiconductor, Inc.* | Lee Lauridsen, Esquire<br>Sprint NEXTEL CORP.<br>6450 Sprint Parkway<br>Overland Park, KS 66251<br>Lee.Lauridsen@sprint.com<br>*Attorneys for Sprint Nextel Corp.* |

| | |
|---|---|
| Jinping Yang, Esquire<br>Marvell Semiconductor, Inc.<br>5488 Marvell Lane<br>Santa Clara, CA 95054<br>jinping@marvell.com<br>*Attorneys for Marvell Semiconductor, Inc.* | |

By: /s/ *Chad S.C. Stover*
Chad S.C. Stover (#4919)
cstover@cblh.com