# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

**XPOINT TECHNOLOGIES, INC.,**

    Plaintiff,

    v.

**MICROSOFT CORP., et al.,**

    Defendants.

Civil Action No. 09-CV-00628 (SLR)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF FREESCALE SEMICONDUCTOR HOLDINGS I., LTD.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and subject to the Tolling Agreement executed on or about October 20, 2009, Plaintiff Xpoint Technologies, Inc. hereby dismisses its claims only against Defendant Freescale Semiconductor Holdings I., Ltd. ("Freescale"), from this action without prejudice. Freescale has not filed or served an answer nor filed any motion in this action. No prejudice to any party will result from the dismissal of Freescale. This is not intended to affect Plaintiff's claims in this case against any Defendant other than Freescale.

    BOUCHARD MARGULES
    &amp; FRIEDLANDER, P.A.

    */s/ Sean M. Brennecke*_____
    David J. Margules (#2254)
    Sean M. Brennecke (#4686)
    222 Delaware Ave., Suite 1400
    Wilmington, DE 19801
    Phone: (302) 573-3500
    Fax: (302) 573-3501
    dmargules@bmf-law.com
    sbrennecke@bmf-law.com

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
Chad Johnson
Joshua L. Raskin
Jai Chandrasekhar
Adam Wierzbowski
Karine Louis
Sean O'Dowd
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

SUGHRUE MION, PLLC
William H. Mandir
John F. Rabena
Kelly G. Hyndman
Brian K. Shelton
Eric S. Barr
2100 Pennsylvania Ave., N. W.
Washington, DC 20037
Phone: (202) 663-7959
Fax: (202) 293-7860

ATTORNEYS FOR XPOINT TECHNOLOGIES

Dated: October 21, 2009