# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

XPOINT TECHNOLOGIES, INC.     )
     )
     Plaintiff,     )
     )
v.     )     C.A. No. 1:09-cv-628-SLR
     )
MICROSOFT CORPORATION, INTEL, et al.,     )     DEMAND FOR JURY TRIAL
     )
     Defendants.     )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Nathan W. McCutcheon, Esquire to represent Defendant Hewlett-Packard

Company in this matter.

**CROSS & SIMON, LLC**

*[signature]*

Sean T. O'Kelly (No. 4349)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (facsimile)
sokelly@crosslaw.com
*Attorney for Defendant*
*Hewlett-Packard Company*

Dated: October 21, 2009

Xpoint Technologies Inc. v. Microsoft Corporation et al     Doc. 79

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____     _____

     United States District Judge

Dockets.Justia.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission pro hac vice to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: _9/22/09_

_Nath W. McCch_

Nathan W. McCutcheon
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004-2541
(202) 739-5580
(202) 739-3001 (fax)
nmccutcheon@morganlewis.com