IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628-SLR |
| | ) | |
| MICROSOFT CORP., INTEL CORP., MARVELL TECHNOLOGY GROUP LTD., MARVELL SEMICONDUCTOR, INC., HEWLETT-PACKARD CO., CYPRESS SEMICONDUCTOR CORP., QUICKLOGIC CORP., QUALCOMM INC., FREESCALE SEMICONDUCTOR, INC., TEXAS INSTRUMENTS INC., ALACRITECH, INC., GOOGLE INC., T-MOBILE USA, INC., HTC CORP., HTC AMERICA, INC., APPLE INC., SONY CORP., SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORP., LG ELECTRONICS, INC., LG ELECTRONICS MOBILECOMM USA, INC., RESEARCH IN MOTION LTD., RESEARCH IN MOTION CORP., MOTOROLA, INC., NOKIA CORP., NOKIA INC., PALM, INC., NVIDIA CORP., ADVANCED MICRO DEVICES, INC., DELL INC., TOSHIBA CORP., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, ACER INC., ACER AMERICA CORP., CISCO SYSTEMS, INC., ZORAN CORP., AT&T MOBILITY LLC, CELLCO PARTNERSHIP, and SPRINT NEXTEL CORP., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# MOTION AND ORDER
# FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of G. Hopkins Guy, III to represent defendant Quicklogic Corporation in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, the annual fee has been submitted to the Clerk of the Court previously during this calendar year.

ASHBY & GEDDES

*/s/ John G. Day*

John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Defendant Quicklogic Corporation*

Dated: October 23, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628-SLR |
| | ) | |
| MICROSOFT CORP., | ) | |
| INTEL CORP., MARVELL | ) | |
| TECHNOLOGY GROUP LTD., | ) | |
| MARVELL SEMICONDUCTOR, INC., | ) | |
| HEWLETT-PACKARD CO., | ) | |
| CYPRESS SEMICONDUCTOR | ) | |
| CORP., QUICKLOGIC CORP., | ) | |
| QUALCOMM INC., FREESCALE | ) | |
| SEMICONDUCTOR, INC., | ) | |
| TEXAS INSTRUMENTS INC., | ) | |
| ALACRITECH, INC., GOOGLE | ) | |
| INC., T-MOBILE USA, INC., HTC CORP., | ) | |
| HTC AMERICA, INC., APPLE INC., SONY | ) | |
| CORP., SONY ERICSSON MOBILE | ) | |
| COMMUNICATIONS AB, SONY | ) | |
| ERICSSON MOBILE COMMUNICATIONS | ) | |
| (USA), INC., KONINKLIJKE | ) | |
| PHILIPS ELECTRONICS N.V., | ) | |
| PHILIPS ELECTRONICS NORTH | ) | |
| AMERICA CORP., LG ELECTRONICS, INC., | ) | |
| LG ELECTRONICS MOBILECOMM USA, INC., | ) | |
| RESEARCH IN MOTION LTD., | ) | |
| RESEARCH IN MOTION CORP., | ) | |
| MOTOROLA, INC., NOKIA CORP., | ) | |
| NOKIA INC., PALM, INC., NVIDIA CORP., | ) | |
| ADVANCED MICRO DEVICES, INC., | ) | |
| DELL INC., TOSHIBA CORP., TOSHIBA | ) | |
| AMERICA INFORMATION SYSTEMS, | ) | |
| INC., ASUSTEK COMPUTER INC., ASUS | ) | |
| COMPUTER INTERNATIONAL, ACER | ) | |
| INC., ACER AMERICA CORP., CISCO | ) | |
| SYSTEMS, INC., ZORAN CORP., AT&T | ) | |
| MOBILITY LLC, CELLCO PARTNERSHIP, | ) | |
| and SPRINT NEXTEL CORP., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

This _____ day of _____, 2009, the Court having considered the motion for the admission *pro hac vice* of G. Hopkins Guy, III to represent defendant Quicklogic Corporation in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of **[insert principal state of admission]**, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *[signature]*
G. Hopkins Guy, III
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road, Menlo Park, CA
Tel: (650) 614-7400

Dated: 10/15/09