IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628-SLR |
| | ) | |
| MICROSOFT CORP., | ) | |
| INTEL CORP., MARVELL | ) | |
| TECHNOLOGY GROUP LTD., | ) | |
| MARVELL SEMICONDUCTOR, INC., | ) | |
| HEWLETT-PACKARD CO., | ) | |
| CYPRESS SEMICONDUCTOR | ) | |
| CORP., QUICKLOGIC CORP., | ) | |
| QUALCOMM INC., FREESCALE | ) | |
| SEMICONDUCTOR, INC., | ) | |
| TEXAS INSTRUMENTS INC., | ) | |
| ALACRITECH, INC., GOOGLE | ) | |
| INC., T-MOBILE USA, INC., HTC CORP., | ) | |
| HTC AMERICA, INC., APPLE INC., SONY | ) | |
| CORP., SONY ERICSSON MOBILE | ) | |
| COMMUNICATIONS AB, SONY | ) | |
| ERICSSON MOBILE COMMUNICATIONS | ) | |
| (USA), INC., KONINKLIJKE | ) | |
| PHILIPS ELECTRONICS N.V., | ) | |
| PHILIPS ELECTRONICS NORTH | ) | |
| AMERICA CORP., LG ELECTRONICS, INC., | ) | |
| LG ELECTRONICS MOBILECOMM USA, INC., | ) | |
| RESEARCH IN MOTION LTD., | ) | |
| RESEARCH IN MOTION CORP., | ) | |
| MOTOROLA, INC., NOKIA CORP., | ) | |
| NOKIA INC., PALM, INC., NVIDIA CORP., | ) | |
| ADVANCED MICRO DEVICES, INC., | ) | |
| DELL INC., TOSHIBA CORP., TOSHIBA | ) | |
| AMERICA INFORMATION SYSTEMS, | ) | |
| INC., ASUSTEK COMPUTER INC., ASUS | ) | |
| COMPUTER INTERNATIONAL, ACER | ) | |
| INC., ACER AMERICA CORP., CISCO | ) | |
| SYSTEMS, INC., ZORAN CORP., AT&T | ) | |
| MOBILITY LLC, CELLCO PARTNERSHIP, | ) | |
| and SPRINT NEXTEL CORP., | ) | |
| | ) | |
| Defendants. | ) | |

# MOTION AND ORDER
# FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Gabriel M. Ramsey, Jacob M. Heath, and Indra Neel Chatterjee to represent defendants Nvidia Corp. and Quicklogic Corporation in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $75.00 is included to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

/s/ *John G. Day*

John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Defendants Nvidia Corp. and Quicklogic Corporation*

Dated: October 23, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628-SLR |
| | ) | |
| MICROSOFT CORP., INTEL CORP., MARVELL TECHNOLOGY GROUP LTD., MARVELL SEMICONDUCTOR, INC., HEWLETT-PACKARD CO., CYPRESS SEMICONDUCTOR CORP., QUICKLOGIC CORP., QUALCOMM INC., FREESCALE SEMICONDUCTOR, INC., TEXAS INSTRUMENTS INC., ALACRITECH, INC., GOOGLE INC., T-MOBILE USA, INC., HTC CORP., HTC AMERICA, INC., APPLE INC., SONY CORP., SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORP., LG ELECTRONICS, INC., LG ELECTRONICS MOBILECOMM USA, INC., RESEARCH IN MOTION LTD., RESEARCH IN MOTION CORP., MOTOROLA, INC., NOKIA CORP., NOKIA INC., PALM, INC., NVIDIA CORP., ADVANCED MICRO DEVICES, INC., DELL INC., TOSHIBA CORP., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, ACER INC., ACER AMERICA CORP., CISCO SYSTEMS, INC., ZORAN CORP., AT&T MOBILITY LLC, CELLCO PARTNERSHIP, and SPRINT NEXTEL CORP., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# **ORDER**

This _____ day of _____, 2009, the Court having considered the motion for the admission *pro hac vice* of Gabriel M. Ramsey, Jacob M. Heath, and Indra Neel Chatterjee to represent defendants Nvidia Corp. and Quicklogic Corporation in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: 10/20/09          Signed: _____
Gabriel M. Ramsey (CA State Bar No. 209218)
gramsey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: October 6, 2009    Signed: _____
                Jacob M. Heath (CA State Bar No. 239959)
                jheath@orrick.com
                ORRICK, HERRINGTON & SUTCLIFFE LLP
                1000 Marsh Road
                Menlo Park, CA 94025
                Telephone: (650) 614-7400
                Facsimile: (650) 614-7401

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: October 22, 2009      Signed: _____

                                            I. Neel Chatterjee (CA State Bar No. 173985)
                                            nchatterjee@orrick.com
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            1000 Marsh Road
                                            Menlo Park, CA 94025
                                            Telephone: (650) 614-7400
                                            Facsimile: (650) 614-7401