IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628-SLR |
| | ) | |
| MICROSOFT CORP., | ) | |
| INTEL CORP., MARVELL | ) | |
| TECHNOLOGY GROUP LTD., | ) | |
| MARVELL SEMICONDUCTOR, INC., | ) | |
| HEWLETT-PACKARD CO., | ) | |
| CYPRESS SEMICONDUCTOR | ) | |
| CORP., QUICKLOGIC CORP., | ) | |
| QUALCOMM INC., FREESCALE | ) | |
| SEMICONDUCTOR, INC., | ) | |
| TEXAS INSTRUMENTS INC., | ) | |
| ALACRITECH, INC., GOOGLE | ) | |
| INC., T-MOBILE USA, INC., HTC CORP., | ) | |
| HTC AMERICA, INC., APPLE INC., SONY | ) | |
| CORP., SONY ERICSSON MOBILE | ) | |
| COMMUNICATIONS AB, SONY | ) | |
| ERICSSON MOBILE COMMUNICATIONS | ) | |
| (USA), INC., KONINKLIJKE | ) | |
| PHILIPS ELECTRONICS N.V., | ) | |
| PHILIPS ELECTRONICS NORTH | ) | |
| AMERICA CORP., LG ELECTRONICS, INC., | ) | |
| LG ELECTRONICS MOBILECOMM USA, INC., | ) | |
| RESEARCH IN MOTION LTD., | ) | |
| RESEARCH IN MOTION CORP., | ) | |
| MOTOROLA, INC., NOKIA CORP., | ) | |
| NOKIA INC., PALM, INC., NVIDIA CORP., | ) | |
| ADVANCED MICRO DEVICES, INC., | ) | |
| DELL INC., TOSHIBA CORP., TOSHIBA | ) | |
| AMERICA INFORMATION SYSTEMS, | ) | |
| INC., ASUSTEK COMPUTER INC., ASUS | ) | |
| COMPUTER INTERNATIONAL, ACER | ) | |
| INC., ACER AMERICA CORP., CISCO | ) | |
| SYSTEMS, INC., ZORAN CORP., AT&T | ) | |
| MOBILITY LLC, CELLCO PARTNERSHIP, | ) | |
| and SPRINT NEXTEL CORP., | ) | |
| | ) | |
| Defendants. | ) | |

# MOTION AND ORDER
# FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of James H. Lin and Kai Tseng to represent defendants Acer Inc. and Acer America Corp. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, the annual fees have been submitted to the Clerk of the Court previously during this calendar year.

        ASHBY & GEDDES

        */s/ Caroline Hong*

        Steven J. Balick (I.D. #2114)
        Tiffany Geyer Lydon (I.D. #3950)
        Caroline Hong (I.D. #5189)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        302-654-1888
        sbalick@ashby-geddes.com
        tlydon@ashby-geddes.com
        chong@ashby-geddes.com

        *Attorneys for Defendants Acer Inc. and Acer America Corp.*

Dated: October 23, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628-SLR |
| | ) | |
| MICROSOFT CORP., | ) | |
| INTEL CORP., MARVELL | ) | |
| TECHNOLOGY GROUP LTD., | ) | |
| MARVELL SEMICONDUCTOR, INC., | ) | |
| HEWLETT-PACKARD CO., | ) | |
| CYPRESS SEMICONDUCTOR | ) | |
| CORP., QUICKLOGIC CORP., | ) | |
| QUALCOMM INC., FREESCALE | ) | |
| SEMICONDUCTOR, INC., | ) | |
| TEXAS INSTRUMENTS INC., | ) | |
| ALACRITECH, INC., GOOGLE | ) | |
| INC., T-MOBILE USA, INC., HTC CORP., | ) | |
| HTC AMERICA, INC., APPLE INC., SONY | ) | |
| CORP., SONY ERICSSON MOBILE | ) | |
| COMMUNICATIONS AB, SONY | ) | |
| ERICSSON MOBILE COMMUNICATIONS | ) | |
| (USA), INC., KONINKLIJKE | ) | |
| PHILIPS ELECTRONICS N.V., | ) | |
| PHILIPS ELECTRONICS NORTH | ) | |
| AMERICA CORP., LG ELECTRONICS, INC., | ) | |
| LG ELECTRONICS MOBILECOMM USA, INC., | ) | |
| RESEARCH IN MOTION LTD., | ) | |
| RESEARCH IN MOTION CORP., | ) | |
| MOTOROLA, INC., NOKIA CORP., | ) | |
| NOKIA INC., PALM, INC., NVIDIA CORP., | ) | |
| ADVANCED MICRO DEVICES, INC., | ) | |
| DELL INC., TOSHIBA CORP., TOSHIBA | ) | |
| AMERICA INFORMATION SYSTEMS, | ) | |
| INC., ASUSTEK COMPUTER INC., ASUS | ) | |
| COMPUTER INTERNATIONAL, ACER | ) | |
| INC., ACER AMERICA CORP., CISCO | ) | |
| SYSTEMS, INC., ZORAN CORP., AT&T | ) | |
| MOBILITY LLC, CELLCO PARTNERSHIP, | ) | |
| and SPRINT NEXTEL CORP., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

This _____ day of _____, 2009, the Court having considered the motion for the admission *pro hac vice* of James H. Lin and Kai Tseng to represent defendants Acer Inc. and Acer America Corp. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

{00338750;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: 10-6-09      Signed: _____

James H. Lin (CA State Bar No. 241472)
jlin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Fax: (650) 614-7401

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: 10/8/09

Signed: _____
Kai Tseng (CA State Bar No. 193756)
ktseng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Fax: (650) 614-7401