# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **XPOINT TECHNOLOGIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORP., et al.,**<br><br>Defendants. | Civil Action No. 09-CV-00628 (SLR) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by Plaintiff and Defendant Marvell Semiconductor, Inc. ("Marvell"), subject to the approval of the Court, that:

1. Marvell waives in the above-captioned case, any defenses or objections to personal jurisdiction, any defect in the Summons, and service of the Summons, August 21, 2009 Complaint, and September 18, 2009 Amended Complaint.

2. Marvell's time to answer, move against or otherwise respond to the Amended Complaint in this action shall be extended to and including December 18, 2009.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | ASHBY & GEDDES, P.A. |
|---|---|
| /s/ Sean M. Brennecke | /s/ John G. Day |
| David J. Margules (#2254) | John G. Day (#2403) |
| Sean M. Brennecke (#4686) | Tiffany Geyer Lydon (#3950) |
| 222 Delaware Ave., Suite 1400 | Caroline Hong (#5189) |
| Wilmington, DE 19801 | 500 Delaware Avenue, 8th Floor |
| (302) 573-3500 | P.O. Box 1150 |
| dmargules@bmf-law.com | Wilmington, DE 19899 |
| sbrennecke@bmf-law.com | (302) 654-1888 |
| | jday@ashby-geddes.com |
| *Attorneys for Plaintiff* | tlydon@ashby-geddes.com |
| *Xpoint Technologies, Inc.* | chong@ashby-geddes.com |
| | *Attorney for Defendant Marvell Semiconductor, Inc.* |

SO ORDERED, this _____ day of _____, 2009.

_____
Judge