IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628 (SLR) |
| | ) | |
| MICROSOFT CORPORATION et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for admission

*pro hac vice* of David Henry Dolkas, Jeffrey R. Gargano, Matthew J. Gryzlo and Vinod J.

Mapranath of McDermott Will & Emery to represent defendant Qualcomm Inc., in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
*Attorneys for Defendant Qualcomm Inc.*

Date: October 27, 2009

SO ORDERED, this ___ day of _____, 2009.


UNITED STATES DISTRICT JUDGE

3167225

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 9-30-2009

David Henry Dolkas
McDermott Will & Emery
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
650.815.7400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 9-30-09

Jeffrey Gargano
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
312.372.2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: _Sept. 30, 2009_

Matthew J. Gryzlo
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
312.372.2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: _9/30/09_

Vinod J. Mapranath
McDermott Will & Emery
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
650.815.7400

3145991

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 27, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

David J. Margules, Esquire
Sean M. Brennecke, Esquire
BOUCHARD MARGULES & FRIEDLANDER, P.A.

Sean T. O'Kelly, Esquire
CROSS & SIMON, LLC

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

Jeffrey L. Moyer, Esquire
Sarah R. Stafford, Esquire
RICHARDS, LAYTON & FINGER, P.A.

Jack B. Blumenfeld, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Caroline Hong, Esquire
ASHBY & GEDDES

Fredrick L. Cottrell, Esquire
Laura D. Hatcher, Esquire
RICHARDS, LAYTON & FINGER, P.A.

Richard Herrmann, Esquire
MORRIS JAMES LLP

Adam W. Poff, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP

Melanie K. Sharp, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP

Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.

Chad S.C. Stover, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP

William J. Wade, Esquire
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused copies of the foregoing document to be served on October 27, 2009, upon the following in the manner indicated:

David J. Margules, Esquire — VIA ELECTRONIC MAIL
Sean M. Brennecke, Esquire
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Attorneys for Xpoint Technologies, Inc.*

Chad Johnson, Esquire — VIA ELECTRONIC MAIL
Jai Chandrasekhar, Esquire
Adam Wierzbowski, Esquire
Karine Louis, Esquire
Sean O'Dowd, Esquire
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas – 38th Floor
New York, NY 10019
*Attorneys for Xpoint Technologies, Inc.*

William H. Mandir, Esquire — VIA ELECTRONIC MAIL
John F. Rabena, Esquire
Kelly G. Hyndman, Esquire
Brian K. Shelton, Esquire
Eric S. Barr, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
*Attorneys for Xpoint Technologies, Inc.*

Sean T. O'Kelly, Esquire — VIA ELECTRONIC MAIL
CROSS & SIMON, LLC
913 North Market Street – 11th Floor
Wilmington, DE 19801
*Attorneys for Hewlett-Packard Company*

Nathan W. McCutcheon, Esquire — VIA ELECTRONIC MAIL
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
*Attorneys for Hewlett-Packard Company*

Thomas L. Halkowski, Esquire                            *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE 19801
*Attorneys for Microsoft Corp., Cypress*
*Semiconductor Corp., Apple, Inc., LG*
*Electronics, Inc. and LG Electronics*
*MobileComm USA, Inc.*

Jeffrey L. Moyer, Esquire                               *VIA ELECTRONIC MAIL*
Sarah R. Stafford, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Nokia Corp., Nokia Inc., Texas*
*Instruments Incorporated and Dell, Inc.*

Jack B. Blumenfeld, Esquire                             *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
*Attorneys for Cisco Systems, Inc. and*
*Motorola, Inc.*

L. Norwood Jameson, Esquire                             *VIA ELECTRONIC MAIL*
Matthew C. Gaudet, Esquire
Matthew S. Yungwirth, Esquire
DUANE MORRIS, LLP
Atlantic Center Plaza, Ste. 700
1180 West Peachtree Street, NW
Atlanta, GA 30309-3448
*Attorneys for Cisco Systems, Inc.*

James H. Lin, Esquire                                   *VIA ELECTRONIC MAIL*
Kai Tseng, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
*Attorneys for Acer Inc. and Acer America*
*Corp.*

Richard L. Horwitz, Esquire                                    *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Intel Corporation*

Harrison J. Frahn IV, Esquire                                  *VIA ELECTRONIC MAIL*
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
*Attorneys for Intel Corporation*

Robert A. Bourque, Esquire                                     *VIA ELECTRONIC MAIL*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
*Attorneys for Intel Corporation*

Steven J. Balick, Esquire                                      *VIA ELECTRONIC MAIL*
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Caroline Hong, Esquire
ASHBY & GEDDES
500 Delaware Avenue – 8th Floor
Wilmington, DE 19801
*Attorneys for Koninklijke Philips Electronics*
*N.V., Philips Electronics North America Corp.,*
*Cellco Partnership, T-Mobile USA, Inc.,*
*Quicklogic Corp., nVidia Corporation,*
*Acer Inc., Acer America Corp. and Marvell*
*Semiconductor, Inc.*

Fredrick L. Cottrell, Esquire                                  *VIA ELECTRONIC MAIL*
Laura D. Hatcher, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Google, Inc.*

4

Kevin X. McGann, Esquire                          *VIA ELECTRONIC MAIL*
John Handy, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
*Attorneys for Google, Inc.*

G. Hopkins Guy, III, Esquire                       *VIA ELECTRONIC MAIL*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
*Attorneys for Quicklogic Corp.*

Gabriel M. Ramsey, Esquire                         *VIA ELECTRONIC MAIL*
Jacob M. Heath, Esquire
I. Neel Chatterjee, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
*Attorneys for nVidia Corp. and Quicklogic
Corp.*

Adam W. Poff, Esquire                              *VIA ELECTRONIC MAIL*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
100 West Street- 17th Floor
Wilmington, DE 19801
*Attorneys for ASUSTeK Computer, Inc. and
Asus Computer International*

Richard Herrmann, Esquire                          *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue – Suite 1500
Wilmington, DE 19801
*Attorneys for Research In Motion Ltd. and
Research In Motion Corp.*

Steven J. Fineman, Esquire                         *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Sony Ericsson Mobile
Communications AB and Sony Ericsson Mobile
Communications (USA), Inc.*

5

William P. Atkins, Esquire                                    *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard – 14th Floor
McLean, VA  22102
*Attorneys for AT&T Mobility LLC*

Melanie K. Sharp, Esquire                                     *VIA ELECTRONIC MAIL*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street – 17th Floor
Wilmington, DE  19801
*Attorneys for Alacritech, Inc.*

Mark A. Lauer, Esquire                                        *VIA ELECTRONIC MAIL*
Thomas W. Lathram, Esquire
SILICONE EDGE LAW GROUP LLP
6601 Koll Center Parkway – Suite 245
Pleasanton, CA  94556
*Attorneys for Alacritech, Inc.*

William J. Wade, Esquire                                      *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
Stephen M. Ferguson, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Advanced Micro Devices, Inc.*

Nora M. Puckett, Esquire                                      *VIA ELECTRONIC MAIL*
Mark E. Miller, Esquire
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA  94111-3823
*Attorneys for Advanced Micro Devices, Inc.*

Alan Albright, Esquire                                        *VIA ELECTRONIC MAIL*
BRACEWELL & GIULIANI LLP
111 Congress Avenue
Suite 2300
Austin, TX  78701
*Attorneys for Freescale Semiconductor, Inc.*

Lee Lauridsen, Esquire                                              *VIA ELECTRONIC MAIL*
SPRINT NEXTEL CORP.
6450 Sprint Parkway
Overland Park, KS 66251
*Attorneys for Sprint Nextel Corp.*

Jinping Yang, Esquire                                              *VIA ELECTRONIC MAIL*
MARVELL SEMICONDUCTOR, INC.
5488 Marvell Lane
Santa Clara, CA 95054
*Attorneys for Marvell Semiconductor, Inc.*

Chad S.C. Stover, Esquire                                          *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
*Attorneys for Zoran Corp.*

Mark D. Fowler, Esquire                                            *VIA ELECTRONIC MAIL*
Timothy Lohse, Esquire
Nickolas J. Bohl, Esquire
DLA PIPER
2000 University Avenue
East Palo Alto, CA 94303
*Attorneys for Zoran Corp.*

Daniel T. Conrad, Esquire                                          *VIA ELECTRONIC MAIL*
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
*Attorneys for Dell Inc.*

/s/ *Karen Jacobs Louden*

_____

Karen Jacobs Louden (#2881)

7