UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **XPOINT TECHNOLOGIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORP., et al.,**<br><br>Defendants. | Civil Action No. 09-CV-00628 (SLR) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MARVELL TECHNOLOGY GROUP, LTD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and subject to the Tolling Agreement executed on or about October 23, 2009, Plaintiff Xpoint Technologies, Inc. hereby dismisses its claims only against Defendant Marvell Technology Group, Inc. ("Marvell"), from this action without prejudice. Marvell has not filed or served an answer nor filed any motion in this action. No prejudice to any party will result from the dismissal of Marvell. This is not intended to affect Plaintiff's claims in this case against any Defendant other than Marvell.

BOUCHARD MARGULES
 & FRIEDLANDER, P.A.

*/s/ Sean M. Brennecke*_____
David J. Margules (#2254)
Sean M. Brennecke (#4686)
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
Phone: (302) 573-3500
Fax: (302) 573-3501
dmargules@bmf-law.com
sbrennecke@bmf-law.com

| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>Chad Johnson<br>Joshua L. Raskin<br>Jai Chandrasekhar<br>Adam Wierzbowski<br>Karine Louis<br>Sean O'Dowd<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br>Phone: (212) 554-1400<br>Fax: (212) 554-1444 | SUGHRUE MION, PLLC<br>William H. Mandir<br>John F. Rabena<br>Kelly G. Hyndman<br>Brian K. Shelton<br>Eric S. Barr<br>2100 Pennsylvania Ave., N. W.<br>Washington, DC 20037<br>Phone: (202) 663-7959<br>Fax: (202) 293-7860 |

ATTORNEYS FOR XPOINT TECHNOLOGIES

Dated: October 28, 2009