UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **XPOINT TECHNOLOGIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORP., et al.,**<br><br>Defendants. | Civil Action No. 09-CV-00628 (SLR) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by Plaintiff and Defendant Freescale Semiconductor, Inc. ("Freescale"), subject to the approval of the Court, that:

1. Freescale waives in the above-captioned case, any defenses or objections to personal jurisdiction, any defect in the Summons, and service of the Summons, August 21, 2009 Complaint, and September 18, 2009 Amended Complaint.

2. Freescale's time to answer, move against or otherwise respond to the Amended Complaint in this action shall be extended to and including December 18, 2009.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | FISH & RICHARDSON P.C. |
|---|---|
| /s/ Sean M. Brennecke | /s/ Thomas L. Halkowski |
| David J. Margules (#2254) | Thomas L. Halkowski (#4099) |
| Sean M. Brennecke (#4686) | 222 Delaware Avenue, 17th Floor |
| 222 Delaware Ave., Suite 1400 | P.O. Box. 1114 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 573-3500 | (302) 778-8407 |
| dmargules@bmf-law.com | halkowski@fr.com |
| sbrennecke@bmf-law.com | |
| *Attorneys for Plaintiff Xpoint Technologies, Inc.* | *Attorney for Defendant Freescale Semiconductor, Inc.* |

SO ORDERED, this _____ day of _____, 2009.

_____
Judge