# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 09-628 (SLR) ) ) |
| MICROSOFT CORP., et al., | ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Francis DiGiovanni of Connolly Bove Lodge & Hutz LLP, on behalf of defendant Zoran Corp.

Dated: October 28, 2009

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com
cstover@cblh.com

*Attorneys for Defendant Zoran Corp.*

# CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on the 28th day of October, 2009, a true copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following, and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Jack J. Blumenfeld<br>Morris, Nicholas, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>*Attorneys for Cisco Systems, Inc.* | Melanie K. Sharp<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>msharp@ycst.com<br>*Attorneys for Alacritech, Inc.* |
| Karen Jacobs Louden<br>Morris, Nicholas, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>klouden@mnat.com<br>*Attorneys for Qualcomm Inc.* | Richard Horowitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>*Attorneys for Intel Corporation* |
| Jeffrey L. Moyer<br>Sarah R. Stafford<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>moyer@rlf.com<br>stafford@rlf.com<br>*Attorneys for Nokia Corp., Nokia Inc., Texas Instruments Incorporated and Dell, Inc.* | Adam W. Poff<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>apoff@ycst.com<br>*Attorneys for ASUSTeK Computer, Inc. and Asus Computer International* |
| Sean T. O'Kelly<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>sokelly@crosslaw.com<br>*Attorneys for Hewlett-Packard Company* | Richard Hermann<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>rherrmann@morrisjames.com<br>*Attorneys for Research In Motion Ltd. and Research In Motion Corp.* |

| | |
|---|---|
| Steven J. Balick<br>Tiffany Geyer Lydon<br>Caroline Hong<br>Ashby & Geddes<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>chong@ashby-geddes.com<br>*Attorneys for Koninklijke Philips Electronics N V and Philips Electronics North America Corp.* | John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>jday@ashby-geddes.com<br>*Attorneys for Cellco Partnership, T-Mobile USA, Inc., Quicklogic Corp. and nVidia Corporation* |
| David J. Margules<br>Sean M. Brennecke<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, Delaware 19801<br>dmargules@bmf-law.com<br>sbrennecke@bmf-law.com<br>*Attorneys for Xpoint Technologies, Inc.* | William J. Wade<br>Anne Shea Gaza<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>wade@rlf.com<br>gaza@rlf.com<br>*Attorneys for Advanced Micro Devices, Inc.* |
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com<br>*Attorneys for Microsoft Corp., Cypress Semiconductor Corp., Apple, Inc., LG Electronics, Inc. and LG Electronics MobileComm USA, Inc.* | Frederick L. Cottrell, III<br>Laura D. Hatcher<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>hatcher@rlf.com<br>*Attorneys for Google, Inc.* |
| Steven L. Fineman<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Fineman@rlf.com<br>*Attorneys for Sony Ericsson Mobile Communications AB and Sony Ericsson Mobile Communications (USA), Inc.* | David Ellis Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899<br>dmoore@potteranderson.com<br>*Attorney for Intel Corporation* |

| Stephen M. Ferguson<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>ferguson@rlf.com<br>*Attorney for Advanced Micro Devices, Inc.* | |
|---|---|

I also certify that a true copy of the foregoing was sent via electronic mail to the following individuals, as they are not on the CM/ECF notification list:

| Chad Johnson<br>Jai Chandrasekhar<br>Adam Wierzbowski<br>Karine Louis<br>Sean O'Dowd<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue ofthe Americas - 38th Floor<br>New York, NY 10019<br>chad@blbglaw.com<br>jai@blbglaw.com<br>adam@blbglaw.com<br>Karine@blbglaw.com<br>seano@blbglaw.com<br>*Attorneys for Xpoint Technologies, Inc.* | William H. Mandir<br>John F. Rabena<br>Kelly G. Hyndman<br>Brian K. Shelton<br>Eric S. Barr, Esquire<br>Sughrue Mion, PLLC<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>wmandir@sughrue.com<br>jrabena@sughrue.com<br>kghyndman@sughrue.com<br>bshelton@sughrue.com<br>ebarr@sughrue.com<br>*Attorneys for Xpoint Technologies, Inc.* |
|---|---|
| Terrence P. McMahon<br>David Henry Dolkas<br>Vinod L. Mapranath<br>Mcdermott Will & Emery<br>275 Middlefield Road - Suite 100<br>Menlo Park, CA 94025-4004<br>tmcmahon@mwe.com<br>ddolkas@mwe.com<br>vmapranath@mwe.com<br>*Attorneys for Qualcomm Inc.* | Jeffrey R. Gargano<br>Matthew J. Gryzlo<br>Mcdermott Will & Emery<br>227 West Monroe Street<br>Chicago,IL 60606-5096<br>jgargano@mwe.com<br>mgryzlo@mwe.com<br>*Attorneys for Qualcomm Inc.* |

| | |
|---|---|
| James H. Lin<br>Orrick Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>jlin@orrick.com<br>*Attorneys for Acer Inc. and Acer America Corp.* | Harrison J. Frahn IV<br>Simpson Thacher & Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>hfrahn@stblaw.com<br>*Attorneys for Intel Corporation* |
| Robert A. Bourque<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>rbourque@stblaw.com<br>*Attorneys for Intel Corporation* | Kevin X. McGann<br>John Handy, Esquire<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>kmcgann@whitecase.com<br>jhandy@whitecase.com<br>*Attorneys for Google, Inc.* |
| Daniel T. Conrad<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201<br>dtconrad@jonesday.com<br>*Attorneys for Dell Inc.* | William P. Atkins<br>Pillsbury Winthrop Shaw Pittman LLP<br>1650 Tysons Boulevard - 14th Floor<br>McLean, VA 22102<br>william.atkins@pillsburylaw.com<br>*Attorneys for AT&T Mobility LLC* |
| Mark A. Lauer<br>Thomas W. Lathram, Esquire<br>Silicon Edge Law Group LLP<br>6601 Koll Center Parkway - Suite 245<br>Pleasanton, CA 94556<br>*Attorneys for Alacritech, Inc.* | Nora M. Puckett<br>Mark E. Miller<br>O'Melveny & Myers LLP<br>Two Embarcadero Center<br>San Francisco, CA 94111-3823<br>npuckett@omm.com<br>markmiller@omm.com<br>*Attorneys for Advanced Micro Devices, Inc.* |
| Alan Albright<br>Bracewell & Giuliani LLP<br>111 Congress Avenue<br>Suite 2300<br>Austin, TX 78701<br>alan.albright@bgllp.com<br>*Attorneys for Freescale Semiconductor, Inc.* | Lee Lauridsen<br>Sprint NEXTEL CORP.<br>6450 Sprint Parkway<br>Overland Park, KS 66251<br>Lee.Lauridsen@sprint.com<br>*Attorneys for Sprint Nextel Corp.* |

| | |
|---|---|
| Jinping Yang<br>Marvell Semiconductor, Inc.<br>5488 Marvell Lane<br>Santa Clara, CA 95054<br>jinping@marvell.com<br>*Attorneys for Marvell Semiconductor, Inc.* | |

                By:   /s/ *Francis DiGiovanni*
                        Francis DiGiovanni (#3189)
                        fdigiovanni@cblh.com