IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-628-SLR |
| ) | |
| MICROSOFT CORP., ET AL. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as Delaware counsel for defendant AT&T Mobility LLC, in the above action.

ASHBY & GEDDES

/s/ John G. Day

John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Defendant*
*AT&T Mobility LLC*

Dated: October 30, 2009