IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-628-SLR |
| | ) | |
| MICROSOFT CORPORATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Daniel T. Conrad and Nathaniel St. Clair of Jones Day, 2727 North Harwood Street, Dallas, TX  75201-1515 and John Michalik of Jones Day, 77 West Wacker Street, Chicago, IL  60601-1692 to represent Defendant Dell Inc. in the above-captioned action.

OF COUNSEL:

Daniel T. Conrad
Nathaniel St. Clair
Jones Day
2727 North Harwood Street
Dallas, TX  75201-1515

John Michalik
Jones Day
77 West Wacker Street
Chicago, IL  60601-1692

Dated:  October 30, 2009

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Sarah R. Stafford (#5234)
stafford@rlf.com
Richards, Layton & Finger
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
*Defendant Dell, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY SO ORDERED on this _____ day of October, 2009.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid [X] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted [ ] to the Clerk's Office upon the filing of this motion.

Date: October 28, 2009

Daniel T. Conrad, Esq.
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100
dtconrad@jonesday.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid [X] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted [ ] to the Clerk's Office upon the filing of this motion.

Date: 10/26/09

Nathaniel St. Clair, Esq.
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100
nstclair@jonesday.com

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted [X] to the Clerk's Office upon the filing of this motion.

Date: 28 October 2009

John Michalik, Esq.
JONES DAY
77 West Wacker Street
Chicago, Illinois 60601-1692
Telephone: 312-782-3939
Facsimile: 312-785-8585
jmichalik@jonesday.com