**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Xpoint Technologies Inc., <br>       Plaintiff, <br> v. <br> Microsoft Corporation, et al. <br>       Defendants. | C.A. NO. 09-628 (SLR) |

## ENTRY OF APPEARANCE

Please enter the appearance of Richard K. Herrmann and the law firm of Morris James LLP as counsel for defendants Research In Motion LTD and Research In Motion Corp. in this matter.

Dated: October 30, 2009

              */s/Richard K. Herrman*
              Richard K. Herrmann #405
              Mary B. Matterer #2696
              MORRIS JAMES LLP
              500 Delaware Avenue, Suite 1500
              Wilmington, DE 19801
              (302) 888-6800
              rherrmann@morrisjames.com
              mmatterer@morrisjames.com

              Attorneys for Defendants
              Research In Motion LTD and
              Research In Motion Corp.