IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 09-628-SLR |
| MICROSOFT CORPORATION, et al., | ) ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Adam W. Poff of Young Conaway Stargatt & Taylor, LLP on behalf of Defendants ASUS Computer International and ASUSTeK Computer Incorporated in the above-captioned matter.

Dated: November 2, 2009

                                           YOUNG CONAWAY STARGATT
                                           & TAYLOR, LLP


                                           /s/ *Adam W. Poff*
                                           Adam W. Poff (No. 3990)
                                           The Brandywine Building, 17th Floor
                                           1000 West Street
                                           Wilmington, Delaware 19801
                                           (302) 571-6642
                                           apoff@ycst.com

                                           *Attorneys for Defendants ASUS Computer*
                                           *International and ASUSTeK Computer*
                                           *Incorporated*

# CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on November 2, 2009, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:


David J. Margules, Esquire
Sean M. Brennecke, Esquire
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*dmargules@bmf-law.com*
*sbrennecke@bmf-law.com*

*Attorneys for Plaintiff*
*Xpoint Technologies, Inc.*

William J. Wade, Esquire
Anne Shea Gaza, Esquire
Stephen M. Ferguson, Esquire
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*wade@rlf.com*
*gaza@rlf.com*
*ferguson@rlf.com*

*Attorneys for Defendant Advanced Micro Devices, Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
*rhorwitz@potteranderson.com*
*dmoore@potteranderson.com*

*Attorneys for Defendants Intel Corporation,*

Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
*jblumenfeld@mnat.com*

*Attorneys for Defendant Cisco Systems, Inc.*

| | |
|---|---|
| Christopher P. Simon, Esquire<br>Sean T. O'Kelly, Esquire<br>CROSS & SIMON LLC<br>913 North Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19801-1380<br>*csimon@crosslaw.com*<br>*sokelly@crosslaw.com*<br><br>*Attorney for Defendant*<br>*Hewlett-Packard Company* | Jeffrey L. Moyer, Esquire<br>Sarah R. Stafford, Esquire<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>*moyer@rlf.com*<br>*stafford@rlf.com*<br><br>*Attorneys for Defendants Nokia Corp., Nokia Inc. and Texas Instruments, Inc.* |
| Thomas Lee Halkowski, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1114<br>Wilmington, DE 19899-1114<br>*halkowski@fr.com*<br><br>*Attorney for Defendants Microsoft Corporation, Apple Inc. and LG Electronics Inc., LG Electronics Mobilecomm USA, Inc. Cypress Semiconductor Corp. and Freescale Semiconductor, Inc.* | Steven J. Balick, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*sbalick@ashby-geddes.com*<br><br>*Attorneys for Defendants Acer Inc., Acer America Corp., Koninklijke Philips Electronics N.V. and Philips Electronics North America Corp.* |
| Richard K. Herrmann, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>*rherrman@morrisjames.com*<br><br>*Attorneys for Defendant Research in Motion Ltd. and Research in Motion Corp.* | John G. Day, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*jday@ashby-geddes.com*<br><br>*Attorneys for Defendants Cellco Partnership, T-Mobile USA, Inc., Quicklogic Corp., AT&T Mobility LLC, nVidia Corporation and Marvell Semiconductor, Inc.* |

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Laura D. Hatcher, Esquire<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>*Xpoint.Google@rlf.com*<br><br>*Attorneys for Defendant Google, Inc..* | Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>*fineman@rlf.com*<br><br>*Attorneys for Defendants Sony Ericsson Mobile Communications AB, and Sony Ericsson Mobile Communications (USA), Inc.* |
| Karen Jacobs Louden, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>*klouden@mnat.com*<br><br>*Attorneys for Defendant Qualcomm, Inc.* | Melanie K. Sharp, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>*msharp@ycst.com*<br><br>*Attorneys for Defendant Alacritech, Inc.* |

Francis J. DiGiovanni, Esquire
Chad S.C. Stover, Esquire
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19899
*fdigiovanni@cblh.com*
*cstover@cblh.com*

*Attorneys for Defendant Zoran Corp.*

  I further certify that on November 2, 2009**,** I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

Dated: November 2, 2009      YOUNG CONAWAY STARGATT & TAYLOR LLP

                */s/ Adam W. Poff*
                Adam W. Poff (No. 3990)
                Monté T. Squire (No. 4764)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19899
                (302) 571-6600
                *apoff@ycst.com*

3

DB02:8885549.1                             068453.1002