IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628 (SLR) |
| | ) | |
| MICROSOFT CORPORATION et al, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Karen Jacobs Louden and Andrew C. Mayo of the

law firm of Morris, Nichols, Arsht & Tunnell LLP hereby enter their appearance on behalf of

defendant Sprint Nextel Corp. in the above-captioned case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew C. Mayo*

_____
Karen Jacobs Louden (#2881)
Andrew C. Mayo (#5207)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
amayo@mnat.com
*Attorneys for Defendant Sprint Nextel Corp.*

November 4, 2009
3214301

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

David J. Margules, Esquire
Sean M. Brennecke, Esquire
BOUCHARD MARGULES & FRIEDLANDER, P.A.

Thomas L. Halkowski, Esquire
FISH & RICHARDSON P.C.

Jack B. Blumenfeld, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Caroline Hong, Esquire
ASHBY & GEDDES

Richard Herrmann, Esquire
MORRIS JAMES LLP

Melanie K. Sharp, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP

Chad S.C. Stover, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP

Sean T. O'Kelly, Esquire
CROSS & SIMON, LLC

Jeffrey L. Moyer, Esquire
Sarah R. Stafford, Esquire
RICHARDS, LAYTON & FINGER, P.A.

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP

Fredrick L. Cottrell, Esquire
Laura D. Hatcher, Esquire
RICHARDS, LAYTON & FINGER, P.A.

Adam W. Poff, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP

Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.

William J. Wade, Esquire
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused copies of the foregoing document to be served on November 4, 2009, upon the following in the manner indicated:

David J. Margules, Esquire                                    *VIA ELECTRONIC MAIL*
Sean M. Brennecke, Esquire
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801
*Attorneys for Xpoint Technologies, Inc.*

Chad Johnson, Esquire                                         *VIA ELECTRONIC MAIL*
Jai Chandrasekhar, Esquire
Adam Wierzbowski, Esquire
Karine Louis, Esquire
Sean O'Dowd, Esquire
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas – 38th Floor
New York, NY  10019
*Attorneys for Xpoint Technologies, Inc.*

William H. Mandir, Esquire                                    *VIA ELECTRONIC MAIL*
John F. Rabena, Esquire
Kelly G. Hyndman, Esquire
Brian K. Shelton, Esquire
Eric S. Barr, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037
*Attorneys for Xpoint Technologies, Inc.*

Sean T. O'Kelly, Esquire                                      *VIA ELECTRONIC MAIL*
CROSS & SIMON, LLC
913 North Market Street – 11th Floor
Wilmington, DE  19801
*Attorneys for Hewlett-Packard Company*

Nathan W. McCutcheon, Esquire                                 *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004-2541
*Attorneys for Hewlett-Packard Company*

Thomas L. Halkowski, Esquire                    *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE 19801
*Attorneys for Microsoft Corp., Cypress*
*Semiconductor Corp., Apple, Inc., LG*
*Electronics, Inc. and LG Electronics*
*MobileComm USA, Inc.*


Jeffrey L. Moyer, Esquire                       *VIA ELECTRONIC MAIL*
Sarah R. Stafford, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Nokia Corp., Nokia Inc., Texas*
*Instruments Incorporated and Dell, Inc.*


Jack B. Blumenfeld, Esquire                     *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
*Attorneys for Cisco Systems, Inc. and*
*Motorola, Inc.*


L. Norwood Jameson, Esquire                     *VIA ELECTRONIC MAIL*
Matthew C. Gaudet, Esquire
Matthew S. Yungwirth, Esquire
DUANE MORRIS, LLP
Atlantic Center Plaza, Ste. 700
1180 West Peachtree Street, NW
Atlanta, GA 30309-3448
*Attorneys for Cisco Systems, Inc.*


James H. Lin, Esquire                           *VIA ELECTRONIC MAIL*
Kai Tseng, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
*Attorneys for Acer Inc. and Acer America*
*Corp.*

Richard L. Horwitz, Esquire                    *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Intel Corporation*

Harrison J. Frahn IV, Esquire                  *VIA ELECTRONIC MAIL*
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
*Attorneys for Intel Corporation*

Robert A. Bourque, Esquire                     *VIA ELECTRONIC MAIL*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017
*Attorneys for Intel Corporation*

Steven J. Balick, Esquire                      *VIA ELECTRONIC MAIL*
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Caroline Hong, Esquire
ASHBY & GEDDES
500 Delaware Avenue – 8th Floor
Wilmington, DE  19801
*Attorneys for Koninklijke Philips Electronics*
*N.V., Philips Electronics North America Corp.,*
*Cellco Partnership, T-Mobile USA, Inc.,*
*Quicklogic Corp., nVidia Corporation,*
*Acer Inc., Acer America Corp. and Marvell*
*Semiconductor, Inc.*

Fredrick L. Cottrell, Esquire                  *VIA ELECTRONIC MAIL*
Laura D. Hatcher, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Google, Inc.*

Kevin X. McGann, Esquire                                         *VIA ELECTRONIC MAIL*
John Handy, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
*Attorneys for Google, Inc.*

G. Hopkins Guy, III, Esquire                                     *VIA ELECTRONIC MAIL*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
*Attorneys for Quicklogic Corp.*

Gabriel M. Ramsey, Esquire                                       *VIA ELECTRONIC MAIL*
Jacob M. Heath, Esquire
I. Neel Chatterjee, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
*Attorneys for nVidia Corp. and Quicklogic*
*Corp.*

Adam W. Poff, Esquire                                            *VIA ELECTRONIC MAIL*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
100 West Street- 17th Floor
Wilmington, DE 19801
*Attorneys for ASUSTeK Computer, Inc. and*
*Asus Computer International*

Richard Herrmann, Esquire                                        *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue – Suite 1500
Wilmington, DE 19801
*Attorneys for Research In Motion Ltd. and*
*Research In Motion Corp.*

Steven J. Fineman, Esquire                                       *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Sony Ericsson Mobile*
*Communications AB and Sony Ericsson Mobile*
*Communications (USA), Inc.*

William P. Atkins, Esquire                       *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard – 14th Floor
McLean, VA  22102
*Attorneys for AT&T Mobility LLC*

Melanie K. Sharp, Esquire                        *VIA ELECTRONIC MAIL*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street – 17th Floor
Wilmington, DE  19801
*Attorneys for Alacritech, Inc.*

Mark A. Lauer, Esquire                           *VIA ELECTRONIC MAIL*
Thomas W. Lathram, Esquire
SILICONE EDGE LAW GROUP LLP
6601 Koll Center Parkway – Suite 245
Pleasanton, CA  94556
*Attorneys for Alacritech, Inc.*

William J. Wade, Esquire                         *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
Stephen M. Ferguson, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Advanced Micro Devices, Inc.*

Nora M. Puckett, Esquire                         *VIA ELECTRONIC MAIL*
Mark E. Miller, Esquire
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA  94111-3823
*Attorneys for Advanced Micro Devices, Inc.*

Alan Albright, Esquire                           *VIA ELECTRONIC MAIL*
BRACEWELL & GIULIANI LLP
111 Congress Avenue
Suite 2300
Austin, TX  78701
*Attorneys for Freescale Semiconductor, Inc.*

Lee Lauridsen, Esquire  *VIA ELECTRONIC MAIL*
SPRINT NEXTEL CORP.
6450 Sprint Parkway
Overland Park, KS 66251
*Attorneys for Sprint Nextel Corp.*

Jinping Yang, Esquire  *VIA ELECTRONIC MAIL*
MARVELL SEMICONDUCTOR, INC.
5488 Marvell Lane
Santa Clara, CA 95054
*Attorneys for Marvell Semiconductor, Inc.*

Chad S.C. Stover, Esquire  *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
*Attorneys for Zoran Corp.*

Mark D. Fowler, Esquire  *VIA ELECTRONIC MAIL*
Timothy Lohse, Esquire
Nickolas J. Bohl, Esquire
DLA PIPER
2000 University Avenue
East Palo Alto, CA 94303
*Attorneys for Zoran Corp.*

Daniel T. Conrad, Esquire  *VIA ELECTRONIC MAIL*
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
*Attorneys for Dell Inc.*

*/s/ Andrew C. Mayo*

_____
Andrew C. Mayo (#5207)