IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-628 (SLR) |
| | ) |
| MICROSOFT CORPORATION et al, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Karen Jacobs Louden and Andrew C. Mayo of the law firm of Morris, Nichols, Arsht & Tunnell LLP hereby enter their appearance on behalf of defendants HTC Corporation and HTC America, Inc. in the above-captioned case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew C. Mayo*

Karen Jacobs Louden (#2881)
Andrew C. Mayo (#5207)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
amayo@mnat.com
  *Attorneys for Defendants HTC Corporation and HTC America, Inc.*

OF COUNSEL:

Chad S. Campbell
David J. Palmer
Perkins Coie Brown & Bain
2901 North Central Avenue
Phoenix, AZ 85012
(602) 351-8000

November 4, 2009
3214270

- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

| | |
|---|---|
| David J. Margules, Esquire<br>Sean M. Brennecke, Esquire<br>BOUCHARD MARGULES & FRIEDLANDER, P.A. | Sean T. O'Kelly, Esquire<br>CROSS & SIMON, LLC |
| Thomas L. Halkowski, Esquire<br>FISH & RICHARDSON P.C. | Jeffrey L. Moyer, Esquire<br>Sarah R. Stafford, Esquire<br>RICHARDS, LAYTON & FINGER, P.A. |
| Jack B. Blumenfeld, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP |
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Tiffany Geyer Lydon, Esquire<br>Caroline Hong, Esquire<br>ASHBY & GEDDES | Fredrick L. Cottrell, Esquire<br>Laura D. Hatcher, Esquire<br>RICHARDS, LAYTON & FINGER, P.A. |
| Richard Herrmann, Esquire<br>MORRIS JAMES LLP | Adam W. Poff, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Melanie K. Sharp, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP | Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A. |
| Chad S.C. Stover, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP | William J. Wade, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A. |

I further certify that I caused copies of the foregoing document to be served on November 4, 2009, upon the following in the manner indicated:

David J. Margules, Esquire  *VIA ELECTRONIC MAIL*
Sean M. Brennecke, Esquire
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
*Attorneys for Xpoint Technologies, Inc.*

Chad Johnson, Esquire  *VIA ELECTRONIC MAIL*
Jai Chandrasekhar, Esquire
Adam Wierzbowski, Esquire
Karine Louis, Esquire
Sean O'Dowd, Esquire
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas – 38th Floor
New York, NY 10019
*Attorneys for Xpoint Technologies, Inc.*

William H. Mandir, Esquire  *VIA ELECTRONIC MAIL*
John F. Rabena, Esquire
Kelly G. Hyndman, Esquire
Brian K. Shelton, Esquire
Eric S. Barr, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
*Attorneys for Xpoint Technologies, Inc.*

Sean T. O'Kelly, Esquire  *VIA ELECTRONIC MAIL*
CROSS & SIMON, LLC
913 North Market Street – 11th Floor
Wilmington, DE 19801
*Attorneys for Hewlett-Packard Company*

Nathan W. McCutcheon, Esquire  *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
*Attorneys for Hewlett-Packard Company*

Thomas L. Halkowski, Esquire  *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corp., Cypress Semiconductor Corp., Apple, Inc., LG Electronics, Inc. and LG Electronics MobileComm USA, Inc.*

Jeffrey L. Moyer, Esquire  *VIA ELECTRONIC MAIL*
Sarah R. Stafford, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Nokia Corp., Nokia Inc., Texas Instruments Incorporated and Dell, Inc.*

Jack B. Blumenfeld, Esquire  *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19801
*Attorneys for Cisco Systems, Inc. and Motorola, Inc.*

L. Norwood Jameson, Esquire  *VIA ELECTRONIC MAIL*
Matthew C. Gaudet, Esquire
Matthew S. Yungwirth, Esquire
DUANE MORRIS, LLP
Atlantic Center Plaza, Ste. 700
1180 West Peachtree Street, NW
Atlanta, GA  30309-3448
*Attorneys for Cisco Systems, Inc.*

James H. Lin, Esquire  *VIA ELECTRONIC MAIL*
Kai Tseng, Esquire
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
*Attorneys for Acer Inc. and Acer America Corp.*

Richard L. Horwitz, Esquire  *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Intel Corporation*

Harrison J. Frahn IV, Esquire  *VIA ELECTRONIC MAIL*
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
*Attorneys for Intel Corporation*

Robert A. Bourque, Esquire  *VIA ELECTRONIC MAIL*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017
*Attorneys for Intel Corporation*

Steven J. Balick, Esquire  *VIA ELECTRONIC MAIL*
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Caroline Hong, Esquire
ASHBY & GEDDES
500 Delaware Avenue – 8th Floor
Wilmington, DE  19801
*Attorneys for Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Cellco Partnership, T-Mobile USA, Inc., Quicklogic Corp., nVidia Corporation, Acer Inc., Acer America Corp. and Marvell Semiconductor, Inc.*

Fredrick L. Cottrell, Esquire  *VIA ELECTRONIC MAIL*
Laura D. Hatcher, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Google, Inc.*

Kevin X. McGann, Esquire  *VIA ELECTRONIC MAIL*
John Handy, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
*Attorneys for Google, Inc.*

G. Hopkins Guy, III, Esquire  *VIA ELECTRONIC MAIL*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
*Attorneys for Quicklogic Corp.*

Gabriel M. Ramsey, Esquire  *VIA ELECTRONIC MAIL*
Jacob M. Heath, Esquire
I. Neel Chatterjee, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
*Attorneys for nVidia Corp. and Quicklogic Corp.*

Adam W. Poff, Esquire  *VIA ELECTRONIC MAIL*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
100 West Street- 17th Floor
Wilmington, DE  19801
*Attorneys for ASUSTeK Computer, Inc. and Asus Computer International*

Richard Herrmann, Esquire  *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue – Suite 1500
Wilmington, DE  19801
*Attorneys for Research In Motion Ltd. and Research In Motion Corp.*

Steven J. Fineman, Esquire  *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Sony Ericsson Mobile Communications AB and Sony Ericsson Mobile Communications (USA), Inc.*

William P. Atkins, Esquire  *VIA ELECTRONIC MAIL*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard – 14th Floor
McLean, VA  22102
*Attorneys for AT&T Mobility LLC*

Melanie K. Sharp, Esquire  *VIA ELECTRONIC MAIL*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street – 17th Floor
Wilmington, DE  19801
*Attorneys for Alacritech, Inc.*

Mark A. Lauer, Esquire  *VIA ELECTRONIC MAIL*
Thomas W. Lathram, Esquire
SILICONE EDGE LAW GROUP LLP
6601 Koll Center Parkway – Suite 245
Pleasanton, CA  94556
*Attorneys for Alacritech, Inc.*

William J. Wade, Esquire  *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
Stephen M. Ferguson, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Advanced Micro Devices, Inc.*

Nora M. Puckett, Esquire  *VIA ELECTRONIC MAIL*
Mark E. Miller, Esquire
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA  94111-3823
*Attorneys for Advanced Micro Devices, Inc.*

Alan Albright, Esquire  *VIA ELECTRONIC MAIL*
BRACEWELL & GIULIANI LLP
111 Congress Avenue
Suite 2300
Austin, TX  78701
*Attorneys for Freescale Semiconductor, Inc.*

| | |
|---|---|
| Lee Lauridsen, Esquire<br>SPRINT NEXTEL CORP.<br>6450 Sprint Parkway<br>Overland Park, KS 66251<br>*Attorneys for Sprint Nextel Corp.* | *VIA ELECTRONIC MAIL* |
| Jinping Yang, Esquire<br>MARVELL SEMICONDUCTOR, INC.<br>5488 Marvell Lane<br>Santa Clara, CA 95054<br>*Attorneys for Marvell Semiconductor, Inc.* | *VIA ELECTRONIC MAIL* |
| Chad S.C. Stover, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>*Attorneys for Zoran Corp.* | *VIA ELECTRONIC MAIL* |
| Mark D. Fowler, Esquire<br>Timothy Lohse, Esquire<br>Nickolas J. Bohl, Esquire<br>DLA PIPER<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>*Attorneys for Zoran Corp.* | *VIA ELECTRONIC MAIL* |
| Daniel T. Conrad, Esquire<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201<br>*Attorneys for Dell Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Andrew C. Mayo*

———————————————————
Andrew C. Mayo (#5207)