IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORP., et al.,<br><br>    Defendants. | C. A. No. 09-628 (SLR) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

    Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Chad S. Campbell and David J. Palmer of Perkins Coie Brown & Bain P.A. to represent HTC Corp. and HTC America, Inc. in this matter.

Dated: November 5, 2009          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Andrew C. Mayo*
                                          Karen Jacobs Louden (#2881)
                                          Andrew C. Mayo (#5207)
                                          1201 North Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899-1347
                                          Telephone:  302-658-9200
                                          klouden@mnat.com
                                          amayo@mnat.com

                                          *Attorneys for Defendants*
                                          *HTC Corp. and HTC America, Inc.*

    SO ORDERED this ____ day of _____, 2009.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the Bar of the State of Texas, and the Bar of the State of Arizona, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: Nov. 4, 2009

David J. Palmer
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue
Suite 2000
Phoenix, AZ 85012
Telephone: 602-351-8000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and the Bar of the State of Arizona, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: Nov. 4, 2009

Chad S. Campbell
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602-351-8000

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

| | |
|---|---|
| David J. Margules<br>Sean M. Brennecke<br>BOUCHARD MARGULES & FRIEDLANDER, P.A. | Sean T. O'Kelly<br>CROSS & SIMON, LLC |
| Thomas L. Halkowski<br>FISH & RICHARDSON P.C. | Jeffrey L. Moyer<br>Sarah R. Stafford<br>RICHARDS, LAYTON & FINGER, P.A. |
| Jack B. Blumenfeld<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP |
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>Caroline Hong<br>ASHBY & GEDDES | Fredrick L. Cottrell<br>Laura D. Hatcher<br>RICHARDS, LAYTON & FINGER, P.A. |
| Richard Herrmann<br>MORRIS JAMES LLP | Adam W. Poff<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Melanie K. Sharp<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP | Steven J. Fineman<br>RICHARDS, LAYTON & FINGER, P.A. |
| Chad S.C. Stover<br>CONNOLLY BOVE LODGE & HUTZ LLP | William J. Wade<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A. |

I further certify that I caused copies of the foregoing document to be served on November 5, 2009, upon the following in the manner indicated:

| | |
|---|---|
| David J. Margules<br>Sean M. Brennecke<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Xpoint Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Chad Johnson<br>Jai Chandrasekhar<br>Adam Wierzbowski<br>Karine Louis<br>Sean O'Dowd<br>BERNSTEIN LITOWITZ BERGER<br> & GROSSMANN LLP<br>1285 Avenue of the Americas – 38th Floor<br>New York, NY 10019<br>*Attorneys for Xpoint Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| William H. Mandir<br>John F. Rabena<br>Kelly G. Hyndman<br>Brian K. Shelton<br>Eric S. Barr<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>*Attorneys for Xpoint Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sean T. O'Kelly<br>CROSS & SIMON, LLC<br>913 North Market Street – 11th Floor<br>Wilmington, DE 19801<br>*Attorneys for Hewlett-Packard Company* | *VIA ELECTRONIC MAIL* |

Nathan W. McCutcheon  *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004-2541
*Attorneys for Hewlett-Packard Company*

Thomas L. Halkowski  *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corp., Cypress*
*Semiconductor Corp., Apple, Inc., LG*
*Electronics, Inc. and LG Electronics*
*MobileComm USA, Inc.*

Jeffrey L. Moyer  *VIA ELECTRONIC MAIL*
Sarah R. Stafford
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Nokia Corp., Nokia Inc., Texas*
*Instruments Incorporated and Dell, Inc.*

Jack B. Blumenfeld  *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19801
*Attorneys for Cisco Systems, Inc. and*
*Motorola, Inc.*

L. Norwood Jameson  *VIA ELECTRONIC MAIL*
Matthew C. Gaudet
Matthew S. Yungwirth
DUANE MORRIS, LLP
Atlantic Center Plaza, Ste. 700
1180 West Peachtree Street, NW
Atlanta, GA  30309-3448
*Attorneys for Cisco Systems, Inc.*

James H. Lin                    *VIA ELECTRONIC MAIL*
Kai Tseng
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
*Attorneys for Acer Inc. and Acer America Corp.*

Richard L. Horwitz                *VIA ELECTRONIC MAIL*
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Intel Corporation*

Harrison J. Frahn IV               *VIA ELECTRONIC MAIL*
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
*Attorneys for Intel Corporation*

Robert A. Bourque                *VIA ELECTRONIC MAIL*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
*Attorneys for Intel Corporation*

Steven J. Balick  *VIA ELECTRONIC MAIL*
John G. Day
Tiffany Geyer Lydon
Caroline Hong
ASHBY & GEDDES
500 Delaware Avenue – 8th Floor
Wilmington, DE 19801
*Attorneys for Koninklijke Philips Electronics*
*N.V., Philips Electronics North America Corp.,*
*Cellco Partnership, T-Mobile USA, Inc.,*
*Quicklogic Corp., nVidia Corporation,*
*Acer Inc., Acer America Corp. and Marvell*
*Semiconductor, Inc.*

Fredrick L. Cottrell  *VIA ELECTRONIC MAIL*
Laura D. Hatcher
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Google, Inc.*

Kevin X. McGann  *VIA ELECTRONIC MAIL*
John Handy
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
*Attorneys for Google, Inc.*

G. Hopkins Guy, III  *VIA ELECTRONIC MAIL*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
*Attorneys for Quicklogic Corp.*

Gabriel M. Ramsey  
Jacob M. Heath  
I. Neel Chatterjee  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
1000 Marsh Road  
Menlo Park, CA 94025-1015  
*Attorneys for nVidia Corp. and Quicklogic Corp.*

*VIA ELECTRONIC MAIL*

Adam W. Poff  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
100 West Street- 17th Floor  
Wilmington, DE 19801  
*Attorneys for ASUSTeK Computer, Inc. and Asus Computer International*

*VIA ELECTRONIC MAIL*

Richard Herrmann  
MORRIS JAMES LLP  
500 Delaware Avenue – Suite 1500  
Wilmington, DE 19801  
*Attorneys for Research In Motion Ltd. and Research In Motion Corp.*

*VIA ELECTRONIC MAIL*

Steven J. Fineman  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
*Attorneys for Sony Ericsson Mobile Communications AB and Sony Ericsson Mobile Communications (USA), Inc.*

*VIA ELECTRONIC MAIL*

William P. Atkins  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
1650 Tysons Boulevard – 14th Floor  
McLean, VA 22102  
*Attorneys for AT&T Mobility LLC*

*VIA ELECTRONIC MAIL*

Melanie K. Sharp  *VIA ELECTRONIC MAIL*
Y<span/>OUNG C<span/>ONAWAY S<span/>TARGATT & T<span/>AYLOR, LLP
The Brandywine Building
1000 West Street – 17th Floor
Wilmington, DE  19801
*Attorneys for Alacritech, Inc.*

Mark A. Lauer  *VIA ELECTRONIC MAIL*
Thomas W. Lathram
S<span/>ILICONE E<span/>DGE L<span/>AW G<span/>ROUP LLP
6601 Koll Center Parkway – Suite 245
Pleasanton, CA  94556
*Attorneys for Alacritech, Inc.*

William J. Wade  *VIA ELECTRONIC MAIL*
Anne Shea Gaza
Stephen M. Ferguson
R<span/>ICHARDS, L<span/>AYTON & F<span/>INGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Advanced Micro Devices, Inc.*

Nora M. Puckett  *VIA ELECTRONIC MAIL*
Mark E. Miller
O'M<span/>ELVENY & M<span/>YERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA  94111-3823
*Attorneys for Advanced Micro Devices, Inc.*

Alan Albright  *VIA ELECTRONIC MAIL*
B<span/>RACEWELL & G<span/>IULIANI LLP
111 Congress Avenue
Suite 2300
Austin, TX  78701
*Attorneys for Freescale Semiconductor, Inc.*

Lee Lauridsen  *VIA ELECTRONIC MAIL*
SPRINT NEXTEL CORP.
6450 Sprint Parkway
Overland Park, KS 66251
*Attorneys for Sprint Nextel Corp.*

Jinping Yang  *VIA ELECTRONIC MAIL*
MARVELL SEMICONDUCTOR, INC.
5488 Marvell Lane
Santa Clara, CA 95054
*Attorneys for Marvell Semiconductor, Inc.*

Chad S.C. Stover  *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
*Attorneys for Zoran Corp.*

Mark D. Fowler  *VIA ELECTRONIC MAIL*
Timothy Lohse
Nickolas J. Bohl
DLA PIPER
2000 University Avenue
East Palo Alto, CA 94303
*Attorneys for Zoran Corp.*

Daniel T. Conrad  *VIA ELECTRONIC MAIL*
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
*Attorneys for Dell Inc.*

/s/ *Andrew C. Mayo*
Andrew C. Mayo (#5207)