IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628-SLR |
| | ) | |
| MICROSOFT CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John J. Feldhaus, Pavan K. Agarwal, and Andrew R. Cheslock to represent defendants Toshiba Corp. and Toshiba America Information Systems, Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, the annual fees have been submitted to the Clerk of the Court previously during this calendar year.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

---

Steven J. Balick (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Defendants Toshiba Corp. and
Toshiba America Information Systems, Inc.*

Dated: November 6, 2009

{00338733;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628-SLR |
| | ) | |
| MICROSOFT CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2009, the Court having considered the motion for the admission *pro hac vice* of John J. Feldhaus, Pavan K. Agarwal, and Andrew R. Cheslock to represent defendants Toshiba Corp. and Toshiba America Information Systems, Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee was submitted to the Clerk's Office previously during this calendar year.

John J. Feldhaus
Foley & Lardner LLP
3000 K Street, N.W.
Suite 500
Washington, DC 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Dated: 11/6/2005

{00338733;v1}

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee was submitted to the Clerk's Office previously during this calendar year.

_____
Pavan K. Agarwal
Foley & Lardner LLP
3000 K Street, N.W.
Suite 500
Washington, DC 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Dated: November 6, 2009

{00338733;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee was submitted to the Clerk's Office previously during this calendar year.

/s/ Andrew R. Cheslock
Andrew R. Cheslock
Foley & Lardner LLP
3000 K Street, N.W.
Suite 500
Washington, DC 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Dated: November 6, 2009

{00338733;v1}