# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP., et al., <br><br> Defendants. | Civil Action No. 09-628-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alan Albright, Barry K. Shelton, and Christopher R. Johnson of Bracewell & Giuliani LLP, to represent defendant Freescale Semiconductor, Inc., in this matter.

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
222 Delaware Avenue, 17th Floor
P.O. Box. 1114
Wilmington, DE 19899-1114
(302) 652-5070
halkowski@fr.com

*Attorney for Defendants Microsoft Corp., Cypress Semiconductor Corp., Freescale Semiconductor, Inc., Apple, Inc., LG Electronics, Inc., and LG Electronics MobileComm USA, Inc.*

DATED: November 10, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2009    _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Dated: October 28, 2009        Signed: _____
                                       Alan D Albright
                                       (Texas #00973650)
                                       Bracewell & Giuliani LLP
                                       111 Congress Avenue
                                       Suite 2300
                                       Austin, TX 78701-4041
                                       Tel: (512) 472-7800
                                       alan.albright@bgllp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Texas and California and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Dated: October 28, 2009

Signed: /s/ Barry K. Shelton
Barry K. Shelton
(Texas #24055029)
Bracewell & Giuliani LLP
111 Congress Avenue
Suite 2300
Austin, TX 78701-4041
Tel: (512) 472-7800
barry.shelton@bgllp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Dated: October 28, 2009   Signed: _____
Christopher R. Johnson
(TX #24062804)
Bracewell & Giuliani LLP
111 Congress Avenue
Suite 2300
Austin, TX 78701-4041
Tel: (512) 472-7800
chris.johnson@bgllp.com