**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 09-628 (SLR) |
| MICROSOFT CORP., *et al.*, | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Harrison J. Frahn IV of Simpson Thacher & Bartlett LLP, 2550 Hanover Street, Palo Alto, CA 94304 and Robert A. Bourque of Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017 to represent defendant Intel Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: November 23, 2009
938496 / 34764

*Attorneys for Defendant Intel Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: ___________

_________________________________
United States District Judge

Dockets.Justia.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 4, 2009

Signed: */s/ Harrison J. Frahn IV*

Harrison J. Frahn IV
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
hfrahn@stblaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 4, 2009

Signed: /s/ *Robert A. Bourque*

Robert A. Bourque
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
rbourque@stblaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 23, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 23, 2009, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| *Plaintiff Xpoint Technologies, Inc.*<br><br>David J. Margules<br>Sean M. Brennecke<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>dmargules@bmf-law.com<br>sbrennecke@bmf-law.com | |
| *Plaintiff Xpoint Technologies, Inc.*<br><br>Chad Johnson<br>Joshua L. Raskin<br>Jai K. Chandraskhar<br>Adam Wierzbowski<br>Karine Louis<br>Sean O'Dowd<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br>chad@blbglaw.com<br>joshuar@blbglaw.com<br>jai@blbglaw.com<br>Karine@blbglaw.com<br>seano@blbglaw.com | *Plaintiff Xpoint Technologies, Inc.*<br><br>William H. Mandir<br>John F. Rabena<br>Kelly G. Hyndman<br>Brian K. Shelton<br>Eric S. Barr<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037<br>WMandir@Sughrue.com<br>jrabena@sughrue.com<br>kghyndman@sughrue.com<br>bshelton@sughrue.com<br>ebarr@sughrue.com |

| | |
|---|---|
| *Defendant Advanced Micro Devices, Inc.*<br><br>William J. Wade<br>Anne Shea Gaza<br>Stephen M. Ferguson<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>wade@rlf.com<br>gaza@rlf.com<br>ferguson@rlf.com | *Defendant Advanced Micro Devices, Inc.*<br><br>Nora M. Puckett<br>Mark E. Miller<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>San Francisco, CA 94111-3823<br>npuckett@omm.com<br>markmiller@omm.com |
| *Defendant Alacritech, Inc.*<br><br>Melanie K. Sharp<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899<br>msharp@ycst.com | *Defendant Alacritech, Inc.*<br><br>Mark A. Lauer<br>Thomas W. Lathram<br>SILICON EDGE LAW GROUP LLP<br>6601 Koll Center Parkway-Suite 245<br>Pleasanton, CA 94556<br>mark@siliconedgelaw.com<br>tom@siliconedgelaw.com |
| *Defendants ASUSTek Computer Inc. and Asus Computer International*<br><br>Adam W. Poff<br>YOUNG CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899<br>apoff@ycst.com | *Defendant AT&T Mobility LLC*<br><br>William P. Atkins<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard-14th Floor<br>McLean, VA 22102<br>william.atkins@pillsburylaw.com |
| *Defendants Cellco Partnership, nVidia Corp., Quicklogic Corp., and T-Mobile USA Inc.*<br><br>John G. Day<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>jday@ashby-geddes.com | *Defendants Cisco Systems, Inc. and Motorola Inc.*<br><br>Jack B. Blumenfeld<br>Rodger D. Smith II<br>Paul Saindon<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>psaindon@mnat.com |

| *Defendant Cisco Systems, Inc.*<br><br>L. Norwood Jameson<br>Matthew S. Yungwirth<br>Duane Morris LLP<br>Atlantic Center Plaza, Suite 700<br>180 West Peachtree Street NW<br>Atlanta, GA 30309-3448<br>WJameson@duanemorris.com<br>MSYungwirth@duanemorris.com | *Defendants Dell Inc., Nokia Corp., Nokia Inc. and Texas Instruments, Inc.*<br><br>Jeffrey L. Moyer<br>Sarah R. Stafford<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington , DE 19801<br>moyer@rlf.com<br>stafford@rlf.com |
|---|---|
| *Defendant Dell Inc.*<br><br>Daniel T. Conrad<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201<br>dtconrad@jonesday.com | *Defendants Acer Inc., and Acer America Corporation*<br><br>Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com |
| *Defendants Acer Inc., and Acer America Corporation*<br><br>James H. Lin<br>Orrick Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>jlin@orrick.com<br>Acer_XPointOHSTeam@orrick.com | *Defendant Freescale Semiconductor Inc.*<br><br>Alan Albright<br>Bracewell & Guiliani LLP<br>111 Congress Avenue<br>Suite 2300<br>Austin, TX 78701<br>alan.albright@bgllp.com |
| *Defendant Google Inc.*<br><br>Frederick L. Cottrell, III<br>Laura D. Hatcher<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington , DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>hatcher@rlf.com | *Defendant Google Inc.*<br><br>Kevin X. McGann<br>John Handy<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>kmcgann@whitecase.com<br>jhandy@whitecase.com |

| *Defendant Hewlett-Packard Company*<br><br>Sean T. O'Kelly<br>Christopher P. Simon<br>Cross & Simon, LLC<br>913 N. Market Street, 11th Floor<br>Wilmington, DE 19899-1380<br>sokelly@crosslaw.com<br>csimon@crosslaw.com | *Defendant Hewlett-Packard Company*<br><br>Nathan McCutcheon<br>Morgan, Lewis & Bockuis LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>nmccutcheon@morganlewis.com |
|---|---|
| *Defendants HTC Corp. and HTC America, Inc.*<br>John L. Ciccozzi<br>HTC America, Inc.<br>13920 Se Eastgate Way, Suite 400<br>Bellevue, WA 98005<br>John_Ciccozzi@htc.com | *Defendant Intel Corporation*<br><br>Harrison J. Frahn IV<br>Deanne K. Cevasco<br>Simpson Thacher & Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>hfrahn@stblaw.com<br>dcevasco@stblaw.com |
| *Defendant Intel Corporation*<br><br>Robert A. Bourque<br>Brian P. McCloskey<br>Greg T. Chuebon<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>rbourque@stblaw.com<br>bmccloskey@stblaw.com<br>gchuebon@stblaw.com | *Defendants Microsoft Corporation Apple Inc., Cypress Semiconductor Corporation, LG Electronics Inc., LG Electronics Mobilecomm USA, Inc.*<br><br>Thomas L. Halkowski<br>Fish & Richardson, P.C.<br>222 Delaware Ave., 17th Fl<br>P.O. Box 1114<br>Wilmington, DE 19801<br>halkowski@fr.com |
| *Defendant Marvell Semiconductor Inc.*<br><br>Jinping Yang<br>Marvell Semiconductor, Inc.<br>5488 Marvell Lane<br>Santa Clara, CA 95054<br>jinping@marvell.com | *Defendant Palm, Inc.*<br><br>Robert H. Booth<br>Palm, Inc.<br>950 W. Maude Avenue<br>Sunnyvale, CA 94085<br>Bob.Booth@palm.com |

| *Defendant Koninklijke Philips Electronics N.V. and Philips Electronics North America Corp*<br><br>Steven J. Balick<br>Tiffany Geyer Lydon<br>Caroline Hong<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>chong@ashby-geddes.com | *Defendant Qualcomm Inc.*<br><br>Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 18th Floor<br>Wilmington, Delaware 19899<br>klouden@mnat.com |
|---|---|
| *Defendant Qualcomm Inc.*<br><br>Terrence P. McMahon<br>David Henry Dolkas<br>Vinod I. Mapranath<br>McDermott Will & Emery<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025-4004<br>tmcmahon@mwe.com<br>ddolkas@mwe.com<br>vmapranath@mwe.com<br><br>Jeffrey R. Gargano<br>Matthew J. Gryzlo<br>McDermott Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>jgargano@mwe.com<br>mgryzlo@mwe.com | *Defendants Research In Motion LTD. and Research In Motion Corp.*<br><br>Richard K. Herrmann<br>Morris James LLP<br>500 Delaware Ave., Suite 1500<br>Wilmington DE 19801<br>rherrmann@morrisjames.com |
| *Defendants Sony Ericsson Mobile Communications AB and Sony Ericsson Mobile Communications (USA) Inc.*<br><br>Steven L. Fineman<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington , DE 19801<br>(302) 651-7700<br>fineman@rlf.com | *Defendant Sprint Nextel Corporation*<br><br>Lee Lauridsen<br>Sprint NEXTEL CORP.<br>6450 Sprint Parkway<br>Overland Park, KS 66251<br>Lee.Lauridsen@sprint.com |

| *Defendants Toshiba Corp. and Toshiba America Information Systems, Inc.*<br><br>Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com | *Defendant Zoran Corp.*<br><br>Francis DiGiovanni<br>Chad S.C. Stover<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>Wilmington, DE 19899<br>fdigiovanni@cblh.com<br>sctover@cblh.com |
|---|---|
| *Defendant Zoran Corp.*<br><br>Mark D. Fowler<br>Timothy Lohse<br>Nickolas J. Bohl<br>DLA Piper<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>mark.fowler@dlapiper.com<br>timothy.lohse@dlapiper.com<br>nickolas.bohl@dlapiper.com | |

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

938834 / 34764