# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

XPOINT TECHNOLOGIES, INC.,

      Plaintiff,

v.                                                        Civil Action No. 09-628-SLR

MICROSOFT CORPORATION, et al.

      Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE DEFENDANTS

Before the Court is Plaintiff's Unopposed Motion to Substitute Defendants. Having considered the Motion, and finding that good cause exists and the relief sought is justified, it is hereby ORDERED, this _____ day of _____, 2009, that SPRINT SPECTRUM, LP and NEXTEL OPERATIONS, INC. be substituted in place of Defendant SPRINT NEXTEL CORPORATION in the above styled and numbered action.

                                                               _____
                                                                United States District Judge

{BMF-W0162571.}