# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Xpoint Technologies Inc.,<br><br>     Plaintiff,<br><br>v.<br><br>Microsoft Corporation, et al.<br><br>     Defendants. | C.A. NO. 09-628 (SLR) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Linda S. DeBruin, David Rokach and M. Ryan Pohlman of the law firm Kirkland & Ellis LLP to Research in Motion Corp. and Research in Motion Ltd in this matter.

Dated: December 14, 2009

              */s/Richard K. Herrman*
              Richard K. Herrmann #405
              Mary B. Matterer #2696
              MORRIS JAMES LLP
              500 Delaware Avenue, Suite 1500
              Wilmington, DE  19801
              (302) 888-6800
              rherrmann@morrisjames.com
              mmatterer@morrisjames.com

              Attorneys for Defendants
              Research In Motion LTD and
              Research In Motion Corp.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date: _____                           _____
                                                 United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: December 8, 2009

Signed: _____
Linda S. DeBruin, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312.862.2000
linda.debruin@kirkland.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: December 12, 2009   Signed: *David Rokach*
David Rokach, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312.862.2000
david.rokach@kirkland.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: December 8, 2009

Signed: _____
M. Ryan Pohlman, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312.862.2000
ryan.pohlman@kirkland.com