**Conrad O'Brien**

Louis C. Bechtle
*Attorney at Law*
Direct Dial: 215.864.8060
Direct Fax: 215.864.0060
lbechtle@conradobrien.com

May 4, 2010

**VIA ELECTRONIC FILING**
Sean M. Brennecke, Esq.
Bouchard Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, Delaware 19801

RE: Xpoint Technologies, Inc. v. Microsoft Corporation
No. 09-cv-0628 (SLR)

Dear Mr. Brennecke:

Please include in your reply that you may choose to file on or before May 10, 2010 in accordance with SMO No.3, dated May 3, 2010, your reply to the letter dated April 27, 2010 from Karen Jacobs Louden, Esquire (Docket No. 300), on behalf of Qualcomm, Inc., and the "Processor and Certain other (PCO) Defendants" set forth in Footnote No. 1 of her letter.

Sincerely,

Louis C. Bechtle

LCB/jrw
cc: All Counsel