IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) ) ) |
| | ) C. A. No.: 09-628 (SLR) |
| v. | ) ) |
| MICROSOFT CORP., et al., | ) ) |
| Defendants. | ) ) |

### DEFENDANT ALACRITECH, INC.'S RENEWED MOTION TO DISMISS XPOINT'S INDIRECT INFRINGEMENT CLAIMS

Defendant Alacritech, Inc., by and through its undersigned counsel, hereby moves to dismiss the indirect infringement claims in Plaintiff Xpoint Technologies, Inc.'s Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the Opening Brief in Support of Alacritech's Renewed Motion to Dismiss Xpoint's Indirect Infringement Claims, filed this day.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Erika R. Caesar*
Melanie K. Sharp (No. 2501)
Erika R. Caesar (No. 5143)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

SILICON EDGE LAW GROUP LLP
Thomas W. Lathram
Mark A. Lauer
6601 Koll Center Parkway, Suite 245
Pleasanton, CA 94566
(925) 621-2122

Dated: September 7, 2010      *Attorneys for Defendant Alacritech, Inc.*

YCST01:10129729.1

068829.1001