IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>MICROSOFT CORP., et al.<br><br>        Defendants. | C.A. No. 09-628-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 2, 2011 Cypress Semiconductor Corp. and Freescale Semiconductor, Inc. served the **Expert Witness Report of Dr. Darrell Long Regarding Non-Infringement of the Asserted Claims of U.S. Patent No. 5,913,028** on the following attorney of record via electronic mail:

> David J. Margules
> dmargules@bmf-law.com
> Sean M. Brennecke
> sbrennecke@bmf-law.com
> Jeffrey M. Gorris
> jgorris@bmf-law.com
> Bouchard, Margules & Friedlander, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801

DATED: June 2, 2011

FISH & RICHARDSON P.C.

By: /s/ *Thomas L. Halkowski*
    Thomas L. Halkowski (#4099)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1114
    Wilmington, DE 19899 1114
    (302) 652-5070
    halkowski@fr.com

**ATTORNEYS FOR DEFENDANTS
CYPRESS SEMICONDUCTOR CORPORATION
AND FREESCALE SEMICONDUCTOR, INC.**