OAO88 (Rev. 12/07) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Xpoint Technologies, Inc.,<br>Plaintiff,<br><br>v.<br><br>Cypress Semiconductor Corporation, et al.,<br>Defendants. | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1] 09-CV-0628 (SLR) [D. DEL.] |

TO: Pantech Wireless, Inc.
5607 Glenridge Drive
Suite 500
Atlanta GA 30342

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. The deposition will be recorded by videotape and stenographic means.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Pantech Wireless, Inc.<br>5607 Glenridge Drive, Suite 500,<br>Atlanta GA 30342 | 9:00 AM, June 7, 2011 |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the documents or objects, listed on the attached Schedule, at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| Pantech Wireless, Inc.<br>5607 Glenridge Drive, Suite 500<br>Atlanta GA 30342 | 9:00 AM, June 7, 2011 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*, Attorney for Plaintiff | May 23, 2011 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Ryan M. Corbett, Esq.
SUGHRUE MION, PLLC, 2100 Pennsylvania Ave NW, Washington, DC 20037, (202) 857-2245

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/07) Subpoena in a Civil Case

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

XPOINT TECHNOLOGIES, INC.,

Plaintiff,

v.

CYPRESS SEMICONDUCTOR
CORPORATION, et. al.,

Defendant.

CIVIL ACTION
FILE NO. 09-CV-0628 (SLR)[D.Del.]

### AFFIDAVIT OF SERVICE

COMES NOW THEODORE RAMIREZ, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that he is a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the above styled case, states that on MAY 23, 2011 at 3:07 p.m., he served PANTECH WIRELESS, INC., by personally serving KATHY JONES, Director of Human Resources, at the Business: 5607 Glenridge Drive, Suite 500, Atlanta, Ga. 30342, with Subpoena in a Civil Case.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 24 day of May, 2011

RGP Attorney Services
917 Gresham Ave., Suite 210
Marietta, GA 30060
770-499-8588

Sworn to and subscribed before me
this 24 day of May, 2011

Notary Public

My commission expires:

TANYGNA TOUCH
NOTARY PUBLIC
Gwinnett County - State of Georgia
My Comm. Expires Aug. 20, 2011