IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-628-SLR |
| | ) | |
| MICROSOFT CORPORATION, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with Local Rule 83.7, please take notice that Caroline Hong, of Ashby & Geddes, hereby withdraws her appearance for Defendant AT&T Mobility LLC, effective immediately. The Defendant shall continue to be represented by the law firms of Ashby & Geddes and Pillsbury Winthrop Shaw Pittman LLP in this action.

ASHBY & GEDDES

*/s/ Caroline Hong*

John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for AT&T Mobility LLC*

{00529927;v1}

*Of Counsel:*

William P. Atkins
Christopher K. Dorsey
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, Virginia 22102-4859
(703) 770-7900

Dated: June 24, 2011