IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICROSOFT CORP., ET AL., ) <br> ) <br> Defendants. ) | C.A. No. 09-628-SLR |

### NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with Local Rule 83.7, please take notice that Caroline Hong, of Ashby & Geddes, hereby withdraws her appearance for Defendant Cellco Partnership d/b/a Verizon Wireless, effective immediately. The Defendant shall continue to be represented by the law firms of Ashby & Geddes and Wiley Rein LLP in this action.

ASHBY & GEDDES

*/s/ Caroline Hong*

John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Defendant Cellco Partnership
d/b/a Verizon Wireless*

*Of Counsel:*

James H. Wallace, Jr.
Kevin P. Anderson
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
(202) 719-7000

Date: June 27, 2011