IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

XPOINT TECHNOLOGIES, INC.,                      )
                                                )
                    Plaintiff,                  )
                                                )   C.A. No. 09-628-SLR
          v.                                    )
                                                )
                                                )
MICROSOFT CORPORATION, et al.,                  )
                                                )
                    Defendants.                 )

## NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with Local Rule 83.7, please take notice that Caroline Hong, of Ashby &

Geddes, hereby withdraws her appearance for Defendants/Counterclaim-Plaintiffs HTC Corp.

and HTC America, Inc., effective immediately.  The Defendants/Counterclaim-Plaintiffs shall

continue to be represented by the law firms of Ashby & Geddes and Perkins Coie LLP in this

action.

ASHBY & GEDDES

/s/ *Caroline Hong*

John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for HTC Corp. and HTC America, Inc.*

*Of Counsel:*

Chad S. Campbell
David J. Palmer
PERKINS COIE LLP
2901 N. Central Avenue, Ste. 2000
Phoenix, AZ  85012
(602) 351-8000

Dated:  June 27, 2011