IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 09-628-SLR |
| MICROSOFT CORPORATION, ET AL., | ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with Local Rule 83.7, please take notice that Caroline Hong, of Ashby & Geddes, hereby withdraws her appearance for Defendant Marvell Semiconductor, Inc., effective immediately. The Defendant shall continue to be represented by the law firms of Ashby & Geddes and Sheppard, Mullin, Richter & Hampton LLP in this action.

ASHBY & GEDDES

*/s/ Caroline Hong*

John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Defendant
Marvell Semiconductor, Inc.*

{00530394;v1}

*Of Counsel:*

Michael A. Molano
Gray M. Buccigross
SHEPPARD, MULLIN,
    RICHTER & HAMPTON LLP
390 Lytton Avenue
Palo Alto, CA  94301-1432
650-815-2600

Dated:  June 27, 2011