IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 09-628-SLR |
| MICROSOFT CORPORATION, ET AL., | ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with Local Rule 83.7, please take notice that Caroline Hong, of Ashby & Geddes, hereby withdraws her appearance for Defendant Nvidia Corporation, effective immediately. The Defendant shall continue to be represented by the law firms of Ashby & Geddes and Orrick, Herrington & Sutcliffe LLP in this action.

ASHBY & GEDDES

/s/ *Caroline Hong*

John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for NVIDIA Corporation*

{00530520;v1}

*Of Counsel:*

I. Neel Chatterjee
Gabriel M. Ramsey
Jacob M. Heath
Michael S. Tonkinson
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: June 28, 2011