IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 09-628-SLR |
| v. ) | |
| ) | |
| MICROSOFT CORPORATION, ET AL., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with Local Rule 83.7, please take notice that Caroline Hong, of Ashby & Geddes, hereby withdraws her appearance for Defendant T-Mobile USA, Inc., effective immediately. The Defendant shall continue to be represented by the law firms of Ashby & Geddes and Perkins Coie LLP in this action.

ASHBY & GEDDES

*/s/ Caroline Hong*

John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Defendant T-Mobile USA, Inc.*

{00530563;v1}

*Of Counsel:*

Chad S. Campbell
David J. Palmer
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
(602) 351-8000

Dated:  June 28, 2011