IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC., | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civ. No. 09-628-SLR <br> ) |
| MICROSOFT CORP., et al., | ) <br> ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, the court approved the parties' stipulated scheduling order (D.I. 246) on March 5, 2010, requiring that all motions to amend the pleadings be filed by January 27, 2011;

WHEREAS, defendant Freescale Semiconductor, Inc. ("Freescale") filed a motion to dismiss for failure to state a claim (D.I. 450) on September 7, 2010, in response to plaintiff's second amended complaint (D.I. 439);

WHEREAS, plaintiff filed a motion for leave to file a third amended complaint (D.I. 548) on October 19, 2010;

WHEREAS, Freescale and Cypress Semiconductor Corp. ("Cypress") (collectively "defendants") filed a motion (D.I. 689) to amend/correct their answers to the second amended complaint and counterclaims (D.I. 462; D.I. 472) on January 27, 2011; and

WHEREAS, granting plaintiff leave to file a third amended complaint renders defendants' motions on plaintiff's second amended complaint moot;

IT IS ORDERED that plaintiff's motion for leave to file a third amended complaint (D.I. 548) is granted.

IT IS FURTHER ORDERED that both Freescale's motion to dismiss (D.I. 450) and defendants' motion to amend/correct answers to the second amended complaint and counterclaims (D.I. 689) are dismissed without prejudice, with leave to refile in connection with plaintiff's third amended complaint.

_____
United States District Judge

Dated: July 28, 2011