# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>              Defendants. | Civil Action No. 09-CV-0628 (SLR) |

## **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Xpoint Technologies, Inc. ("Xpoint") and Defendant Cypress Semiconductor Corporation ("Cypress") hereby stipulate and agree, subject to the order of the Court, that Xpoint's claims for relief against Cypress and Cypress's counterclaims for relief against Xpoint are hereby dismissed with prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| BOUCHARD MARGULES<br>   & FRIEDLANDER, P.A. | FISH & RICHARDSON P.C. |
|---|---|
| /s/ Jeffrey M. Gorris<br>David J. Margules (#2254)<br>Sean M. Brennecke (#4686)<br>Jeffrey M. Gorris (#5012)<br>222 Delaware Ave., Suite 1400<br>Wilmington, DE 19801<br>Phone: (302) 573-3500<br>Fax: (302) 573-3501<br>dmargules@bmf-law.com<br>sbrennecke@bmf-law.com<br>jgorris@bmf-law.com | /s/ Thomas L. Halkowski<br>Thomas L. Halkowski (#4099)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899<br>(302) 652-5070<br>halkowski@fr.com<br><br>ATTORNEY FOR DEFENDANT<br>CYPRESS SEMICONDUCTOR<br>CORPORATION |
| BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP<br>Chad Johnson (admitted *pro hac vice*)<br>Joshua L. Raskin (admitted *pro hac vice*)<br>Jai Chandrasekhar (admitted *pro hac vice*)<br>Sean O'Dowd (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Phone: (212) 554-1400<br>Fax: (212) 554-1444 | |
| SUGHRUE MION, PLLC<br>William H. Mandir (admitted *pro hac vice*)<br>John F. Rabena (admitted *pro hac vice*)<br>Kelly G. Hyndman (admitted *pro hac vice*)<br>Brian K. Shelton (admitted *pro hac vice*)<br>Eric S. Barr (admitted *pro hac vice*)<br>2100 Pennsylvania Ave., N.W.<br>Washington, DC 20037<br>Phone: (202) 663-7959<br>Fax: (202) 293-7860<br><br>ATTORNEYS FOR XPOINT<br>TECHNOLOGIES, INC. | DATE: _____, 2011<br>              WILMINGTON, DE<br><br>SO ORDERED.<br><br>_____<br>Hon. Sue L. Robinson, Judge<br>U.S. District Court for the District of<br>Delaware |

August 4, 2011